Andrew L. Morrison (AM-1071)
K & L GATES LLP
599 Lexington Avenue
New York, New York 10022
212-536-3900
Attorneys for Defendant Mark Wovansiker

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
                                                                  :
SECURITIES & EXCHANGE COMMISSION,                                 :
                                                                  :
                          Plaintiff,                              :    Case No. 08-cv-04612
                                                                  :    (ECF case)
             v.                                                   :
                                                                  :
JOHN MICHAEL KELLY, et al.,                                       :
                                                                  :
                          Defendants.                             :
                                                                  :
                                                                  :
------------------------------------------------------------ X


## MOTION TO ADMIT COUNSEL PRO HAC VICE

Andrew L. Morrison, a member in good standing of the bar of this Court, respectfully seeks an Order, PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Erin A. Koeppel |
| Firm Name: | K & L Gates LLP |
| Address: | 1600 K. Street, N.W. |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone: | (202) 778-9420 |
| Fax: | (202) 778-9100 |
| Email Address: | erin.koeppel@klgates.com |

NY-#582678-v1

Erin A. Koeppel is a member in good standing of the Bars of the State of New York and District of Columbia. There are no pending disciplinary proceedings against Ms. Koeppel in any State or Federal court.

Dated: July 16, 2008
New York, New York

Respectfully submitted,

*[signature]*

Andrew L. Morrison
SDNY Bar Code:  AM-1071
K & L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030
Tel.:   (212) 536-3941
Fax:   (212) 536-3901

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SECURITIES & EXCHANGE COMMISSION,          :

               Plaintiff,          :          Case No. 08-cv-04612
     v.                                                                    (ECF case)
:
JOHN MICHAEL KELLY, et al.,
:
              Defendants.
:
------------------------------------------------------------------X

## AFFIDAVIT OF ANDREW L. MORRISON
## IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

STATE OF NEW YORK   )
                                  ) ss.
COUNTY OF NEW YORK  )

        ANDREW L. MORRISON, being duly sworn, deposes and says:

        1.     I am an attorney duly admitted to practice before the courts of this State and a Partner of the law firm of K & L Gates LLP, counsel for Defendant Mark Wovsaniker in this action.

        2.     I respectfully submit this affidavit in support of the motion to admit my colleague, Erin A. Koeppel, of K & L Gates LLP, 1600 K. Street, N.W., Washington, D.C., 20006, Telephone: 202.778.9420, Fax: 202.778.9100, pro hac vice.

        3.     Mark Wovsaniker requests that Mrs. Koeppel appear on his behalf in this action. Mrs. Koeppel is familiar with Mark Wovsaniker and the facts at issue in this litigation.

NY-#582678-v1

She is a member in good standing of the Bars of the State of New York and District of Columbia. Certificates of good standing are attached hereto as Exhibit A.

    4.    I respectfully submit a proposed order granting the admission of Erin A. Koeppel, pro hac vice, which is attached hereto as Exhibit B.

    WHEREFORE, it is respectfully requested that the motion to admit Erin A. Koeppel pro hac vice be granted.

Dated: New York, New York
       July 16, 2008

_____
Andrew L. Morrison

Subscribed and sworn to before me
This 16th day of June 2008

_____
Notary Public

ARNOLD J. BURRUS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 20__

2



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Erin K. Koeppel

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **23rd day of January, 2001**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **24th day of June, 2008**.



_____
Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**ERIN K. KOEPPEL**

was, on the 5th day of November A.D. 2001 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 24th day of June A.D. 2008.

**NANCY M. MAYER-WHITTINGTON**, CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
                                                                  :
SECURITIES & EXCHANGE COMMISSION,                                 :
                                                                  :
                Plaintiff,                                :  Case No. 08-cv-04612
    v.                                                          :  (ECF case)
                                                                  :
JOHN MICHAEL KELLY, et al.,                                       :
                                                                  :
                Defendants.                               :
                                                                  :
------------------------------------------------------------------ X

## ORDER FOR ADMISSION PRO HAC VICE

Upon the motion of Andrew L. Morrison, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Erin A. Koeppel |
| Firm Name: | K & L Gates LLP |
| Address: | 1600 K. Street, N.W. |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone: | (202) 778-9420 |
| Fax: | (202) 778-9100 |
| Email Address: | erin.koeppel@klgates.com |

is admitted to practice pro hac vice as counsel for Defendant Mark Wovsaniker in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

NY-#582670-v1

2

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July ___, 2008
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

Andrew L. Morrison (AM-1071)
K & L GATES LLP
599 Lexington Avenue
New York, New York 10022
212-536-3900
Attorneys for Defendant Mark Wovansiker

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
SECURITIES & EXCHANGE COMMISSION,                            :    **AFFIDAVIT OF SERVICE**
                                                             :
                              Plaintiff,                     :
                                                             :
                    v.                                       :
                                                             :
JOHN MICHAEL KELLY, et al.,                                  :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------X

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

**DEBORAH J. MEYERS**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and employed by Kirkpatrick & Lockhart Preston Gates Ellis LLP, 599 Lexington Avenue, New York, New York 10022.

2. On the 16th day of July, 2008, I caused to be served true copies of the Motion to Admit Erin A. Koeppel Pro Hac Vice, via First Class Mail by depositing said documents, enclosed in postage paid, properly addressed envelope, in an official depository

NY-620677 v1

- 2 -

under the exclusive care and custody of the United States Post Office Department within the State of New York, addressed to the following:

**Richard Sung Hong**
Division of Enforcement
U.S. Securities and Exchange Commission
100 F. Street, N.E.
Washington, D.C. 20549
*Counsel for Plaintiff*

**Jonathan R. Tuttle**
Debevoise & Plimpton LLP
555 13th Street, N.W.
Washington, D.C. 20004
*Counsel for Defendant John Michael Kelly*

**Gregory G. Little**
Hunton & Williams LLP
200 Park Avenue
New York, New York 10166-0091
*Counsel for Defendant Joseph A. Ripp*

**Mark Hulkower**
Steptoe & Johnson
1330 Connecticut Ave., N.W.
Washington, DC 20036
*Counsel for Defendant Steven Rinder*

_____
Deborah J. Meyers

Sworn to before me this
16th day of July, 2008

_____
Notary Public
ARNOLD J. BURRUS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 20 ___

Andrew L. Morrison (AM-1071)
K & L GATES LLP
599 Lexington Avenue
New York, New York 10022
212-536-3900
Attorneys for Defendant Mark Wovansiker

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
SECURITIES & EXCHANGE COMMISSION,       :
               Plaintiff,       :       Case No. 08-cv-04612
     v.       :       (ECF case)
JOHN MICHAEL KELLY, et al.,       :
               Defendants.       :
:
----------------------------------------------------------------- X

### SUPPLEMENTAL AFFIDAVIT OF ANDREW L. MORRISON IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

STATE OF NEW YORK      )
                        ) ss.
COUNTY OF NEW YORK  )

       ANDREW L. MORRISON, being duly sworn, deposes and says:

       1.     I am a Partner at K&L Gates LLP, counsel for Defendant Mark Wovsaniker in the above captioned action. I am familiar with the proceedings in this case. I make this supplemental statement pursuant to Court's Order dated July 23, 2008 and in further support of the motion, dated July 16, 2008, for an Order admitting Erin A. Koeppel pro hac vice. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Erin A. Koeppel as counsel pro hac vice to represent Defendant Mark Wovsaniker in this action.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January of 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Erin Koeppel since September 2007.

4. Erin A. Koeppel is an Associate at K&L Gates LLP in Washington, D.C.

5. I have found Erin Koeppel to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Erin A. Koeppel, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Erin A. Koeppel, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Erin A. Koeppel pro hac vice be granted.

Dated: New York, New York
July 23, 2008

_____
Andrew L. Morrison

Subscribed and sworn to before me
This 23rd day of July 2008

_____
Notary Public

CAROL A. BENTZ
Notary Public, State of New York
No. 41-4774105
Qualified in Queens County
Commission Expires June 30, 20 10

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
SECURITIES & EXCHANGE COMMISSION,    :

               Plaintiff,    :    Case No. 08-cv-04612
    v.    (ECF case)
:
JOHN MICHAEL KELLY, et al.,
:
               Defendants.
:
------------------------------------------------------------------ X

## ORDER FOR ADMISSION PRO HAC VICE

Upon the motion of Andrew L. Morrison, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Erin A. Koeppel |
| Firm Name: | K & L Gates LLP |
| Address: | 1600 K. Street, N.W. |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone: | (202) 778-9420 |
| Fax: | (202) 778-9100 |
| Email Address: | erin.koeppel@klgates.com |

is admitted to practice pro hac vice as counsel for Defendant Mark Wovsaniker in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July ___, 2008
New York, New York

_____
U.S. District Judge

Andrew L. Morrison (AM-1071)
K & L GATES LLP
599 Lexington Avenue
New York, New York 10022
212-536-3900
Attorneys for Defendant Mark Wovansiker

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
SECURITIES & EXCHANGE COMMISSION,       :      **AFFIDAVIT OF SERVICE**
:
Plaintiff,
:
v.
:
JOHN MICHAEL KELLY, et al.,
:
Defendants.
:
:
-------------------------------------------------------------- X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**ROXANA I. BOBOC**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and employed by K&L GATES LLP, 599 Lexington Avenue, New York, New York 10022.

2. On the 23rd day of July, 2008, I caused to be served true copies of the Supplemental Affidavit of Andrew L. Morrison in Support of Motion to Admit Erin A. Koeppel Pro Hac Vice, via First Class Mail by depositing said documents, enclosed in postage paid, properly addressed envelope, in an official depository

NY-622487 v1

- 2 -

under the exclusive care and custody of the United States Post Office Department within the State of New York, addressed to the following:

**Richard Sung Hong**
Division of Enforcement
U.S. Securities and Exchange Commission
100 F. Street, N.E.
Washington, D.C. 20549
*Counsel for Plaintiff*

**Jonathan R. Tuttle**
Debevoise & Plimpton LLP
555 13th Street, N.W.
Washington, D.C. 20004
*Counsel for Defendant John Michael Kelly*

**Gregory G. Little**
Hunton & Williams LLP
200 Park Avenue
New York, New York 10166-0091
*Counsel for Defendant Joseph A. Ripp*

**Mark Hulkower**
Steptoe & Johnson
1330 Connecticut Ave., N.W.
Washington, DC 20036
*Counsel for Defendant Steven Rinder*

_____
Roxana I. Boboc

Sworn to before me this
23rd day of July, 2008

_____
Notary Public

CAROL A. BENTZ
Notary Public, State of New York
No. 41-4774105
Qualified in Queens County
Commission Expires June 30, 20 10