USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,    x
                                       x     08 Cv. 4612 (SWK)
            Plaintiff                  x
                                       x
            -against-                  x     ORDER
                                       x
JOHN MICHAEL KELLY, et al.,            x
                                       x
            Defendants.                x
---------------------------------------X
```

**SHIRLEY WOHL KRAM, U.S.D.J.**

WHEREAS Andrew L. Morrison ("Morrison"), counsel for defendant Mark Wovsaniker, has filed motions as a sponsoring attorney to admit Erin A. Koeppel and Stephen G. Topetzes pro hac vice in the above-captioned litigation, see 08 Cv. 4612 (SWK), Dkt. Nos. 4, 5;

WHEREAS this District requires a sponsoring attorney to submit, inter alia, an affidavit "stating that he or she is in good standing with this Court and the applicant is of high moral character," Instructions for Admission Pro Hac Vice by Written Motion, available at http://www1.nysd.uscourts.gov/pro_hac.php (last visited July 23, 2008);

WHEREAS the affidavits submitted with Morrison's motions fail to comply with this requirement;

IT IS HEREBY ORDERED that, for each motion, Morrison shall file a supplemental affidavit that complies with the instructions specified above. If Morrison cannot execute a sworn

statement that complies with this District's requirements, he shall withdraw his motions, and the Court will accept motions from an alternative sponsoring attorney.

SO ORDERED.

```
                              _____
                              SHIRLEY WOHL KRAM
                              UNITED STATES DISTRICT JUDGE
```

Dated:   New York, New York
         July 23, 2008