UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,
            Plaintiff,

v.

JOHN MICHAEL KELLY, STEVEN E.
RINDNER, JOSEPH A. RIPP, and
MARK WOVSANIKER

            Defendants.

---

No. 08 cv 4612 (SWK)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

       Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Edward R. Mackiewicz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Mark J. Hulkower |
| Firm Name: | Steptoe & Johnson LLP |
| Address: | 1330 Connecticut Avenue, N.W. |
| City/State/Zip: | Washington, DC 20036 |
| Phone Number: | (202) 429-6221 |
| Fax Number: | (202) 429-3902 |

Mark Hulkower is a member in good standing of the Bar of the District of Columbia (admitted on July 7, 1986; Certificate of Good Standing attached hereto as Exhibit A). There are no

pending disciplinary proceedings against Mr. Hulkower in any State or Federal court.

Dated: July 24, 2008
Washington, DC

                                                  Respectfully submitted,

                                                  Edward R. Mackiewicz
                                                  SDNY Bar Code:  ERM-6469
                                                  STEPTOE & JOHNSON LLP
                                                  1330 Connecticut Avenue, N.W.
                                                  Washington, DC  20036
                                                  Tel: (202) 429-6412
                                                  Fax: (202) 429-3902

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP, and MARK WOVSANIKER<br><br>　　　　　　Defendants. | No. 08 cv 4612 (SWK)<br><br>AFFIDAVIT OF<br>EDWARD R. MACKIEWICZ<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE |

State of New York    )
                     )  ss:
County of New York   )

EDWARD R. MACKIEWICZ, being duly sworn, deposes and says as follows:

1.　　I am a Partner at Steptoe & Johnson LLP, counsel for Defendant Steven E. Rindner in the above captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit my colleague, Mark Hulkower, as counsel *pro hac vice* to represent Steven Rindner in this matter.

2.　　I am a member in good standing of the Bar of the State of New York, and was admitted to practice on February 22, 1977. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.　　Mark Hulkower is a Partner at Steptoe & Johnson LLP in Washington, DC. Based on my personal knowledge of him, I have found Mr. Hulkower to be a skilled attorney, and a person of high integrity and moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and Evidence.

- 2 -

4. Accordingly, I am pleased to move the admission of Mark Hulkower *pro hac vice*.

5. I respectfully submit a proposed order granting the admission of Mark Hulkower *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Mark J. Hulkower *pro hac vice* to represent Defendant Steven E. Rindner in the above captioned matter be granted.

Dated: July 24, 2008
Washington, DC

_____
Edward R. Mackiewicz
SDNY Bar Code: ERM-6469

Subscribed and sworn to before me
This 24th day of July 2008

_____
Notary Public

ELLEN H. SCHENCK
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2012



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARK J. HULKOWER

was on the 7TH day of JULY, 1986, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 25, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                    Deputy Clerk

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice, Affidavit of Edward R. Mackiewicz In Support of Motion, and Proposed Order were served via electronic mail, this 24th day of July, 2008, upon the following counsel:

Richard Hong
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Tel: (202) 551-4470
Fax: (202) 772-9245

*Counsel for Plaintiff SEC*

Jonathan R. Tuttle
Debevoise & Plimpton LLP
555 13th Street, N.W.
Washington, D.C. 20004
Tel: (202) 383-8124
Fax: (202) 383-8118

*Counsel for John Michael Kelly*

Gregory G. Little
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166-0091
Tel: (212) 309-1040
Fax: (212) 309-1100

*Counsel for Joseph A. Ripp*

Stephen G. Topetzes
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9328
Fax: (202) 778-9100

*Counsel for Mark Wovsaniker*

_____
Marc Levin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP, and MARK WOVSANIKER<br><br>Defendants. | No. 08 cv 4612 (SWK)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon the motion of Edward R. Mackiewicz, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's name: | Mark J. Hulkower |
| Firm Name: | Steptoe & Johnson LLP |
| Address: | 1330 Connecticut Avenue, N.W. |
| City/State/Zip: | Washington, DC  20036 |
| Telephone Number: | (202) 429-6221 |
| Fax Number: | (202) 429-3902 |
| Email address: | mhulkower@steptoe.com |

is admitted to practice *pro hac vice* as counsel for Defendant Steven E. Rindner in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

- 2 -

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2008

New York, New York

_____
Shirley Wohl Kram
United States District Judge