UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,
          Plaintiff,

v.

JOHN MICHAEL KELLY, STEVEN E.
RINDNER, JOSEPH A. RIPP, and
MARK WOVSANIKER

          Defendants.

No. 08 cv 4612 (SWK)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

---



Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Edward R. Mackiewicz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    Jonathan Drimmer
    Firm Name:    Steptoe & Johnson LLP
    Address:    1330 Connecticut Avenue, N.W.
    City/State/Zip:    Washington, DC 20036
    Phone Number:    (202) 429-6477
    Fax Number:    (202) 429-3902

Jonathan Drimmer is a member in good standing of the Bar of the District of Columbia (admitted on April 1, 1996; Certificate of Good Standing attached hereto as Exhibit A) and the Bar of the State of California (admitted on June 28, 1994; Certificate of Good Standing attached hereto as

Exhibit B). There are no pending disciplinary proceedings against Mr. Drimmer in any State or Federal court.

Dated: July 24, 2008
Washington, DC

                                              Respectfully submitted,

                                              Edward R. Mackiewicz
                                              SDNY Bar Code: ERM-6469
                                              STEPTOE & JOHNSON LLP
                                              1330 Connecticut Avenue, N.W.
                                              Washington, DC  20036
                                              Tel: (202) 429-6412
                                              Fax: (202) 429-3902

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,
          Plaintiff,

v.

JOHN MICHAEL KELLY, STEVEN E.
RINDNER, JOSEPH A. RIPP, and
MARK WOVSANIKER

          Defendants.

No. 08 cv 4612 (SWK)

AFFIDAVIT OF
EDWARD R. MACKIEWICZ
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

---

State of New York    )
                             ) ss:
County of New York  )

EDWARD R. MACKIEWICZ, being duly sworn, deposes and says as follows:

1. I am a Partner at Steptoe & Johnson LLP, counsel for Defendant Steven E. Rindner in the above captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit my colleague, Jonathan Drimmer, as counsel *pro hac vice* to represent Steven Rindner in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice on February 22, 1977. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Jonathan Drimmer is a Partner at Steptoe & Johnson LLP in Washington, DC. Based on my personal knowledge of him, I have found Mr. Drimmer to be a skilled attorney, and a person of high integrity and moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and Evidence.

- 2 -

4.  Accordingly, I am pleased to move the admission of Jonathan Drimmer *pro hac vice*.

5.  I respectfully submit a proposed order granting the admission of Jonathan Drimmer *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Jonathan Drimmer *pro hac vice* to represent Defendant Steven E. Rindner in the above captioned matter be granted.

Dated: July 24, 2008
Washington, DC

Edward R. Mackiewicz
SDNY Bar Code: ERM-6469

Subscribed and sworn to before me
This 24th day of July 2008

Notary Public

ELLEN H. SCHENCK
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2012

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639       TELEPHONE: 888-800-3400

June 30, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JONATHAN CHARLES DRIMMER #171302 was admitted to the practice of law in this state by the Supreme Court of California on June 28, 1994; that from the date of admission to March 7, 1996, he was an ACTIVE member of the State Bar of California; that on March 7, 1996, he transferred at his request to the INACTIVE status as of January 1, 1996; that from that date to September 13, 2005, he was an INACTIVE member of the State Bar of California; that on September 13, 2005, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**JONATHAN C. DRIMMER**

was on the 1ST day of APRIL, 1996 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 26, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
           Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice, Affidavit of Edward R. Mackiewicz In Support of Motion, and Proposed Order were served via electronic mail, this 24th day of July, 2008, upon the following counsel:

Richard Hong
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Tel: (202) 551-4470
Fax: (202) 772-9245

*Counsel for Plaintiff SEC*

Jonathan R. Tuttle
Debevoise & Plimpton LLP
555 13th Street, N.W.
Washington, D.C. 20004
Tel: (202) 383-8124
Fax: (202) 383-8118

*Counsel for John Michael Kelly*

Gregory G. Little
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166-0091
Tel: (212) 309-1040
Fax: (212) 309-1100

*Counsel for Joseph A. Ripp*

Stephen G. Topetzes
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9328
Fax: (202) 778-9100

*Counsel for Mark Wovsaniker*

_____
Marc Levin

# EXHIBIT A

Case 1:08-cv-04612-SWK    Document 8    Filed 07/25/2008    Page 8 of 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,
         Plaintiff,

v.

JOHN MICHAEL KELLY, STEVEN E.
RINDNER, JOSEPH A. RIPP, and
MARK WOVSANIKER

         Defendants.

No. 08 cv 4612 (SWK)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

---

Upon the motion of Edward R. Mackiewicz, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's name: | Jonathan Drimmer |
| Firm Name: | Steptoe & Johnson LLP |
| Address: | 1330 Connecticut Avenue, N.W. |
| City/State/Zip: | Washington, DC 20036 |
| Telephone Number: | (202) 429-6477 |
| Fax Number: | (202) 429-3902 |
| Email address: | jdrimmer@steptoe.com |

is admitted to practice *pro hac vice* as counsel for Defendant Steven E. Rindner in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

- 2 -

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2008

New York, New York

_____
Shirley Wohl Kram
United States District Judge