```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,        x    08 Cv. 4612 (SWK)
                                           x
         Plaintiff                         x    ORDER
                                           x
         -against-                         x
                                           x
JOHN MICHAEL KELLY, et al.,                x
                                           x
         Defendants.                       x
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/08

**SHIRLEY WOHL KRAM, U.S.D.J.**

Upon the motion of Andrew L. Morrison, attorney for defendant Mark Wovsaniker ("Wovsaniker"), and said sponsor attorney's supplemental affidavit in support thereof;

**IT IS HEREBY ORDERED** that

> STEPHEN G. TOPETZES
> K & L Gates LLP
> 1600 K Street, NW
> Washington, DC 20006
> (202) 778-9328

is admitted to practice pro hac vice as counsel for defendant Wovsaniker in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Because this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

```
                              _____
                                    SHIRLEY WOHL KRAM
                              UNITED STATES DISTRICT JUDGE
```

Dated:   New York, New York
         July 30, 2008