```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,   x    08 Cv. 4612 (SWK)
                                      x
         Plaintiff                    x    ORDER
                                      x
         -against-                    x
                                      x
JOHN MICHAEL KELLY, et al.,           x
                                      x
         Defendants.                  x
-------------------------------------X
```



**SHIRLEY WOHL KRAM, U.S.D.J.**

Upon the motion of Edward R. Mackiewicz, attorney for defendant Steven E. Rindner ("Rindner"), and said sponsor attorney's affidavit in support thereof;

**IT IS HEREBY ORDERED** that

> JONATHAN DRIMMER
> Steptoe & Johnson LLP
> 1330 Connecticut Avenue, NW
> Washington, DC 20036
> (202) 429-6477

is admitted to practice pro hac vice as counsel for defendant Rindner in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Because this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

_____
SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          July 30, 2008