DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-6000

Counsel for Defendant J. Michael Kelly

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | | FILED ELECTRONICALLY |
| ------------------------------------------------------------------- x<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　:<br>THE UNITED STATES SECURITIES AND　　　:<br>EXCHANGE COMMISSION,　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　:<br>　　　　　　　　Plaintiff,　　　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　:<br>　　　　　　　　-v-　　　　　　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　:<br>J. MICHAEL KELLY, *et al.*,　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　:<br>　　　　　　　　Defendants.　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　:<br>------------------------------------------------------------------- x | | 1:08-cv-04612-SWK |

## **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

　　　　　PLEASE TAKE NOTICE that J. Michael Kelly appears in the case captioned above by his counsel, Bruce E. Yannett and Andrew J. Ceresney of Debevoise & Plimpton LLP.  The undersigned respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the address given below.

Dated: New York, New York
       July 31, 2008

                                        DEBEVOISE & PLIMPTON LLP

                                        By:   /s/ Bruce Yannett
                                                Bruce Yannett (BY5416)
                                                beyannett@debevoise.com

                                        By:   /s/ Andrew Ceresney
                                                Andrew Ceresney (AC2586)
                                                ajceresn@debevoise.com

                                        919 Third Avenue
                                        New York, New York 10022
                                        Telephone:  (212) 909-6000
                                        Fax:  (212) 909-6836

                                        *Attorneys for Defendant J. Michael Kelly*

TO:    Service List (attached)

## **CERTIFICATE OF SERVICE**

I, Emily S. Pierce, associated with Debevoise & Plimpton LLP, counsel for defendant J. Michael Kelly herein, declare:

I am over eighteen (18) years of age. On the 31st day of July, 2008, I caused to be served copies of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION to all counsel on the attached service list by operation of the Court's ECF system or via Federal Express according to the Rules of this Court.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Washington, District of Columbia, on July 31, 2008.


                                                             /s/ Emily S. Pierce
                                                             Emily S. Pierce

## SERVICE LIST

Richard Hong
100 F Street, N.E.
Washington, DC 20549-0911
(202) 551-4431
Email: hongr@sec.gov

Richard Edward Simpson
Email: simpsonr@sec.gov

Jeffrey Brian Finnell
Scott Friestad
David Frohlich
Thomas D. Manganello
Melissa A. Robertson

*Counsel for Plaintiff United States Securities and Exchange Commission*

Mark J. Hulkower
Jonathan Drimmer
Steptoe & Johnson LLP (DC)
1330 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 429-3000

*Counsel for Defendant Steven Ridner*

Andrew Lee Morrison
Kirkpatrick & Lockhart Preston Gates Ellis, LLP (NYC)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
Email: andrew.morrison@klgates.com

Stephen Topetzes
Erin A. Koeppel
K & L Gates LLP (DC)
1600 K. Street, N.W.
Washington, DC 20006
(202) 778-9328
Email: stephen.topetzes@klgates.com
         erin.koeppel@klgates.com

*Counsel for Defendant Mark Wovsaniker*

Gregory G. Little
Bonnie K. Arthur
Hunton &Williams LLP
200 Park Avenue
New York, NY 10166-0091
(212) 309-1040

*Counsel for Defendant Joseph A. Ripp*