UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
SECURITIES AND EXCHANGE                                  :
COMMISSION,                                              :    08 Civ. 4612-SWK
                                                         :
                     Plaintiff,                     :
                                                         :
                  -against-                     :
                                                         :
JOHN MICHAEL KELLY, STEVEN E.                            :
RINDNER, JOSEPH A. RIPP, and MARK                        :
WOVSANIKER,                                              :
                                                         :
                     Defendants.                    :
-------------------------------------------------------- x

## NOTICE OF APPEARANCE OF
## ADDITIONAL COUNSEL FOR PLAINTIFF

      JOHN D. WORLAND, JR. hereby enters his appearance as an additional counsel for Plaintiff, the Securities and Exchange Commission, and asks the Clerk of the Court to add him as a Filing User for Notices of Electronic Filing in this case.

Dated: July 31, 2008                    Respectfully submitted,

                                               Richard Hong
                                               Assistant Chief Litigation Counsel
                                               (202) 551-4431
                                             (202) 772-9245 (fax)
                                             Email:  hongr@sec.gov


                                              s/John D. Worland, Jr.
                                             John D. Worland, Jr.
                                             Assistant Chief Litigation Counsel
                                             (202) 551-4438
                                             Email:  worlandj@sec.gov

U.S. SECURITIES AND
EXCHANGE COMMISSION
100 F. Street NE
Washington, DC  20549-4030

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

    The undersigned certifies that he filed the above document electronically on July 31, 2008, by using the Court's Electronic Case Filing System, and relied upon that system's automatic service of this document upon counsel.

                                        s/ John D. Worland, Jr.