UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
:
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION, :
: 1:08-cv-04612 (SWK)
Plaintiff, :
: **MOTION TO ADMIT COUNSEL**
-v- : **PRO HAC VICE**
:
J. MICHAEL KELLY, *et al.*, :
:
Defendants. :
:
-------------------------------------------------------------------- x

SCANNED

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew J. Ceresney, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant Name: | Emily S. Pierce |
| Firm Name: | Debevoise & Plimpton LLP |
| Address: | 555 13th Street, N.W., Suite 1100-E, |
| City/State/Zip: | Washington, D.C., 20004 |
| Phone Number: | (202) 383-8174 |
| Fax Number: | (202) 383-8118 |
| Email: | espierce@debevoise.com |

Emily S. Pierce is a member in good standing of the Bar of the State of New York (admitted on November 21, 2003; Certificate of Good Standing attached hereto as Attachment A) and the Bar of the District of Columbia (admitted on August 8, 2005; Certificate of Good Standing attached hereto as Attachment B). There are no pending disciplinary proceedings against Emily S. Pierce in any State or Federal court.

40101518v1

Dated: August 8, 2008
New York, New York

Respectfully submitted,

By: _____
Andrew J. Ceresney
SDNY Bar Code: AC2586
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-6000
(212) 909-6836

*Attorney for Defendant J. Michael Kelly*

# Attachment A

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## EMILY SUZANNE PIERCE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **21st** day of **November, 2003** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**August 1, 2008**

_____
Clerk of the Court

7215

# Attachment B



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

EMILY SUZANNE PIERCE

was on the 8TH day of AUGUST, 2005 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 6, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
UNITED STATES SECURITIES AND EXCHANGE                              :
COMMISSION,                                                        :
                                                                   :   1:08-cv-04612 (SWK)
           Plaintiff,                                              :
                                                                   :   **AFFIDAVIT OF**
      -v-                                                          :   **ANDREW J. CERESNEY**
                                                                   :   **IN SUPPORT OF MOTION**
J. MICHAEL KELLY, *et al.*,                                        :   **TO ADMIT COUNSEL**
                                                                   :   **PRO HAC VICE**
           Defendants.                                             :
                                                                   :
------------------------------------------------------------------ x

State of New York    )
                     )   ss:
County of New York   )

      ANDREW J. CERESNEY, being duly sworn, deposes and says as follows:

      1.      I am a partner at Debevoise & Plimpton LLP, counsel for Defendant J. Michael Kelly in the above captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit my colleague, Emily S. Pierce, as counsel *pro hac vice* to represent J. Michael Kelly in this matter.

      2.      I am a member in good standing of the Bar of the State of New York, and was admitted to practice on April 14, 1997. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with the Court.

      3.      I have known Emily S. Pierce since the fall of 2003.

      4.      Ms. Pierce is an associate at Debevoise & Plimpton LLP in Washington, DC.

      5.      I have found Ms. Pierce to be a skilled attorney and a person of high moral character and integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

      6.      Accordingly, I am pleased to move the admission of Emily S. Pierce, *pro hac vice.*

40101518v1

7.  I respectfully submit a proposed order granting the admission of Emily S. Pierce *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Emily S. Pierce, *pro hac vice*, to represent the Defendant J. Michael Kelly in the above captioned matter, be granted.

Dated: August 8th, 2008
New York, New York

Subscribed and sworn to before me
This 8th day of August, 2008

_____
Notary Public

WILLIAM LUTZ
Notary Public, State of New York
No. 01LU6145306
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 1, 2010

Respectfully submitted,

_____
Andrew J. Ceresney
SDNY Bar Code: AC2586

2

40101518v1

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
UNITED STATES SECURITIES AND EXCHANGE   :
COMMISSION,                             :
                                        :        1:08-cv-04612 (SWK)
             Plaintiff,                 :
                                        :        **ORDER FOR ADMISSION**
      -v-                               :        **PRO HAC VICE**
                                        :        **ON WRITTEN MOTION**
J. MICHAEL KELLY, *et al.*,             :
                                        :
             Defendants.                :
                                        :
------------------------------------------------------------------ x

Upon the motion of Andrew J. Ceresney, attorney for Defendant J. Michael Kelly, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Emily S. Pierce |
| Firm Name: | Debevoise & Plimpton LLP |
| Address: | 555 13th Street, N.W., Suite 1100-E, |
| City/State/Zip: | Washington, D.C., 20004 |
| Phone Number: | (202) 383-8174 |
| Fax Number: | (202) 383-8118 |
| Email: | espierce@debevoise.com |

is admitted to practice *pro hac vice* as counsel for J. Michael Kelly in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF)

40101518v1

system. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008
New York, New York

                                              _____
                                              Judge Shirley W. Kram
                                              United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice, Affidavit of Andrew J. Ceresney In Support of Motion, and Proposed Order were served by first-class mail, postage prepaid, this 8th day of August, 2008, upon the following counsel:

Richard Hong
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Tel: (202) 551-4470
Fax: (202) 772-9245

*Counsel for Plaintiff SEC*

Jonathan Drimmer
Steptoe & Johnson LLP (DC)
1330 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 429-6477
Fax: (202) 429-3902

*Counsel for Steven Rindner*

Gregory G. Little
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166-0091
Tel: (2 12) 309-1040
Fax: (212) 309-1100

*Counsel for Joseph A. Ripp*

Stephen G. Topetzes
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9328
Fax: (202) 778-9100

*Counsel for Mark Wovsaniker*

_____
Gregory A. Senn