UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
SECURITIES AND EXCHANGE :
COMMISSION, :  08 Civ. 4612-SWK
:
Plaintiff, :
:
-against- :
:
JOHN MICHAEL KELLY, STEVEN E. :
RINDNER, JOSEPH A. RIPP, and MARK :
WOVSANIKER, :
:
Defendants. :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE OF
## ADDITIONAL COUNSEL FOR PLAINTIFF

  JOHN J. BOWERS hereby enters his appearance as an additional counsel for Plaintiff, the Securities and Exchange Commission, and asks the Clerk of Court to add him as a Filing User for Notices of Electronic Filing in this case.

Dated: August 12, 2008     Respectfully submitted,

              Richard Hong
              Assistant Chief Litigation Counsel
              (202) 551-4431
              (202) 772-9245 (fax)
              Email:  hongr@sec.gov


              /s/John J. Bowers
              John J. Bowers (JB  8515)
              Assistant Chief Litigation Counsel
              (202) 551-4645
              Email:  bowersj@sec.gov

              U.S. SECURITIES AND
              EXCHANGE COMMISSION

100 F Street, NE
Washington, DC 20549

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    The undersigned certifies that he filed the above document electronically on August 12, 2008, by using the Court's Electronic Case Filing System, and relied upon that system's automatic service of this document upon counsel.

/s/ John D. Worland, Jr.