UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION, :
:
               Plaintiff, :
:
v. :
: 08 Civ. 4612 (SWK)
JOHN MICHAEL KELLY, STEVEN E. :
RINDNER, JOSEPH A. RIPP, and :
MARK WOVSANIKER, :
:
               Defendants. :
:

---

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, subject to any and all defenses to be raised pursuant to Fed. R. Civ. P. 12, the undersigned counsel hereby appears on behalf of Defendant Joseph A. Ripp in the above-captioned action. All papers in this action shall be served upon the undersigned at the addresses set forth below.

Dated: New York, New York
       August 21, 2008

                                    HUNTON & WILLIAMS LLP

                  BY: _____
                                    Gregory G. Little
                                    200 Park Avenue, 52nd Floor
                                    New York, New York 10166
                                    Tel: (212) 309-1000
                                    Fax: (212) 309-1100
                                    glittle@hunton.com

                                    *Attorneys for Defendant Joseph A. Ripp*

TO: All Counsel of Record

## DECLARATION OF SERVICE

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Defendant Joseph A. Ripp.

That on August 21, 2008, I served a true copy of the attached Notice of Appearance on counsel of record via the Court's ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2008.

Raymond E. Galbraith

TO: All Counsel of Record

-2-