UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                           )
SECURITIES AND EXCHANGE COMMISSION,         )
                                           )
                Plaintiff,                  )
                                           )
                v.                          )  08 Civ. 4612 (SWK)
                                           )
JOHN MICHAEL KELLY, STEVEN E.               )
RINDNER, JOSEPH A. RIPP, and                )
MARK WOVSANIKIER,                           )
                                           )
                Defendants.                )
_____)

## [PROPOSED] STIPULATED SCHEDULING ORDER

WHEREAS, the Court has approved Defendant Steven Rindner's request to waive the pre-motion conference; and

WHEREAS, subject to the Court's approval, the SEC and Defendants have agreed to the following briefing schedule;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and among all parties, and upon approval of the Court shall be deemed ORDERED AND DECREED, as follows:

1.    Defendant Steven Rindner's motion to transfer venue shall be due as follows:

| | |
|---|---|
| Opening brief of Defendant Steven Rindner | August 27, 2008 |
| Opposition brief of SEC | September 17, 2008 |
| Reply brief of Defendant Steven Rindner | October 1, 2008 |

- 2 -

IN WITNESS WHEREOF, Defendant Steven Rindner, by his attorneys, has executed this Stipulated Scheduling Order.

Dated:  August 27, 2008

                                      STEPTOE & JOHNSON LLP

                                      __/s/ Mark J. Hulkower_____
                                      Mark J. Hulkower, Esq.
                                      Jonathan C. Drimmer, Esq.
                                      1330 Connecticut Avenue, N.W.
                                      Washington, D.C.  20036
                                      (202) 429-3000
                                      *Attorneys for Defendant Steven E. Rindner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing [Proposed] Stipulated Scheduling Order was served via electronic mail, this 27th day of August, 2008, on:

| | |
|---|---|
| Richard Hong<br>Scott Friestad<br>David Frohlich<br>Melissa A. Robertson<br>Jeffery B. Finnell<br>Thomas D. Manganello<br>Richard E. Simpson<br>SECURITIES AND EXCHANGE<br>COMMISSION<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>*Counsel for the Securities and Exchange Commission* | Bonnie Arthur, Esq.<br>HUNTON & WILLIAMS LLP<br>1900 K Street, N.W.<br>Washington, D.C. 20006<br><br>*Counsel for Joseph E. Ripp*<br><br>Jonathan R. Tuttle, Esq.<br>DEBEVOISE & PLIMPTON<br>555 13th Street, N.W.<br>Washington, D.C. 20004<br><br>*Counsel for John Michael Kelly*<br><br>Stephen G. Topetzes, Esq.<br>KIRKPATRICK & LOCKHART PRESTON<br>GATES ELLIS LLP<br>1601 K Street, N.W.<br>Washington, D.C. 20006-1600<br><br>*Counsel for Mark Wovsaniker* |

               /s/ Siobhan Briley
               Siobhan Briley