Mark J. Hulkower
Jonathan C. Drimmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

Attorneys for Defendant
Steven E. Rindner

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 08 Civ. 4612 (SWK) |
| JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP, and MARK WOVSANIKIER, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT STEVEN E. RINDNER'S MOTION**
**TO SEVER AND TRANSFER CASE TO THE EASTERN DISTRICT OF VIRGINIA**

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendant

Steven E. Rindner's Motion to Sever and Transfer Case to the Eastern District of Virginia, Mr.

Rindner, by his undersigned counsel, hereby moves this Court, pursuant to Section 1404 of Title

28 of the United States Code, for an order severing and transferring the case against him to the

Alexandria Division of the Eastern District of Virginia.

For the reasons set forth in the attached Memorandum of Law, this Court should sever and transfer the case against Mr. Rindner to the Alexandria Division of the Eastern District of Virginia.

Respectfully submitted,


_/s/ Jonathan C. Drimmer_____
Mark J. Hulkower
Jonathan C. Drimmer
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

*Counsel for Steven Rindner*

Dated:  August 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion to Sever and Transfer Case to the Eastern District of Virginia, with accompanying Memorandum of Law and Exhibits, was served via electronic mail, this 28th day of August, 2008, on:

Richard Hong
Scott Friestad
David Frohlich
Melissa A. Robertson
Jeffery B. Finnell
Thomas D. Manganello
Richard E. Simpson
SECURITIES AND EXCHANGE
COMMISSION
100 F Street, N.E.
Washington, D.C.  20549

*Counsel for the Securities and Exchange Commission*

Bonnie Arthur, Esq.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C.  20006

*Counsel for Joseph E. Ripp*

Jonathan R. Tuttle, Esq.
DEBEVOISE & PLIMPTON
555 13th Street, N.W.
Washington, D.C.  20004

*Counsel for John Michael Kelly*

Stephen G. Topetzes, Esq.
KIRKPATRICK& LOCKHART PRESTON
GATES ELLIS LLP
1601 K Street, N.W.
Washington, D.C.  20006-1600

*Counsel for Mark Wovsaniker*

 /s/ Jonathan C. Drimmer
Jonathan C. Drimmer