UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
UNITED STATES SECURITIES AND EXCHANGE                         :
COMMISSION,                                                   :
                                                              :
        Plaintiff,                                              :
                                                              :
        -v-                                                     :
                                                              :
J. MICHAEL KELLY, *et al.*,                                   :
                                                              :
        Defendants.                                             :
                                                              :
------------------------------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```

1:08-cv-04612 (SWK)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Andrew J. Ceresney, attorney for Defendant J. Michael Kelly, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Ada Fernandez Johnson |
| Firm Name: | Debevoise & Plimpton LLP |
| Address: | 555 13th Street, N.W., Suite 1100-E, |
| City/State/Zip: | Washington, D.C., 20004 |
| Phone Number: | (202) 383-8036 |
| Fax Number: | (202) 383-8118 |
| Email: | afjohnson@debevoise.com |

is admitted to practice *pro hac vice* as counsel for J. Michael Kelly in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

40103205v1

including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: Sept 3, 2008
New York, New York

Judge Shirley W. Kram
United States District Judge

2

40103205v1