```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION, :
:      1:08-cv-04612 (SWK)
Plaintiff, :
:      **ORDER FOR ADMISSION**
-v- :      **PRO HAC VICE**
:      **ON WRITTEN MOTION**
J. MICHAEL KELLY, *et al.*, :
:
Defendants. :
:
------------------------------------------------------------- x

Upon the motion of Andrew J. Ceresney, attorney for Defendant J. Michael Kelly, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Applicant Name:   Jonathan R. Tuttle
>
> Firm Name:   Debevoise & Plimpton LLP
>
> Address:   555 13th Street, N.W., Suite 1100-E,
>
> City/State/Zip:   Washington, D.C., 20004
>
> Phone Number:   (202) 383-8124
>
> Fax Number:   (202) 383-8118
>
> Email:   jrtuttle@debevoise.com

is admitted to practice *pro hac vice* as counsel for J. Michael Kelly in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF)

40101522v1

system. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: Sept 3, 2008
New York, New York

_____
Judge Shirley W. Kram
United States District Judge