**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE COMMISSION, )
)
        Plaintiff, )
)
        v. )    08 Civ. 4612 (SWK)
)
)
JOHN MICHAEL KELLY, STEVEN E. )
RINDNER, JOSEPH A. RIPP, and )
MARK WOVSANIKIER, )
)
        Defendants. )

---

## [~~PROPOSED~~] STIPULATED SCHEDULING ORDER

WHEREAS, the Court has approved Defendant Steven Rindner's request to waive the pre-motion conference; and

WHEREAS, subject to the Court's approval, the SEC and Defendants have agreed to the following briefing schedule;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and among all parties, and upon approval of the Court shall be deemed ORDERED AND DECREED, as follows:

1.     Defendant Steven Rindner's motion to transfer venue shall be due as follows:

| | |
|---|---|
| Opening brief of Defendant Steven Rindner | August 28, 2008 |
| Opposition brief of SEC | September 18, 2008 |
| Reply brief of Defendant Steven Rindner | October 2, 2008 |

IN WITNESS WHEREOF, Defendant Steven Rindner, by his attorneys, has executed this Stipulated Scheduling Order.

Dated: August 28, 2008

        STEPTOE & JOHNSON LLP

        Mark J. Hulkower, Esq.
        Jonathan C. Drimmer, Esq.
        1330 Connecticut Avenue, N.W.
        Washington, D.C. 20036
        (202) 429-3000
        *Attorneys for Defendant Steven E. Rindner*

SO ORDERED:

U.S.D.J.

September 3, 2008