Gregory G. Little
glittle@hunton.com
Stephen R. Blacklocks
sblacklocks@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York  10166
(212) 309-1000

Bonnie K. Arthur (pro hac vice motion pending)
barthur@hunton.com
HUNTON & WILLIAMS LLP
1900 K Street NW
Washington, D.C.  20006
(202) 419-2063

Attorneys for Defendant Joseph A. Ripp

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP, and MARK WOVSANIKER, | : 08 Civ. 4612 (SWK)<br>ECF Case |
| Defendants. | : |

_____

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the Declaration of Gregory G. Little dated September 5, 2008, including the exhibits thereto, the Memorandum of Law in Support, and all prior pleadings and proceedings had herein, Defendant Joseph A. Ripp will move this Court, before Judge Shirley Wohl Kram, in Room 760, United States Courthouse, 500 Pearl Street, New

York, New York, 10007, for an order dismissing the complaint pursuant to Fed. R. Civ. P.

12(b)(6), and for such other and further relief as the Court may deem just and proper.

Dated: September 5, 2008
      New York, New York

                              HUNTON & WILLIAMS LLP

                BY:   /s/ Gregory G. Little_____
                          Gregory G. Little
                          Stephen R. Blacklocks
                          200 Park Avenue, 52nd Floor
                          New York, New York 10166
                          Tel: (212) 309-1000
                          glittle@hunton.com
                          sblacklocks@hunton.com

                          Bonnie H. Arthur (pro hac vice motion pending)
                          1900 K Street NW
                          Washington, D.C.  20006
                          Tel: (202) 419-2063
                          barthur@hunton.com

                          Attorneys for Defendant Joseph A. Ripp

TO:  All Counsel of Record

## **DECLARATION OF SERVICE**

Raymond E. Galbraith hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Defendant Joseph A. Ripp.

That on September 5, 2008, I served a true and correct copy of the foregoing Notice of Motion, on counsel of record via the Court's ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2008.

/s/ Raymond E. Galbraith
Raymond E. Galbraith

TO: All Counsel of Record