Mark J. Hulkower
Jonathan C. Drimmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Attorneys for Defendant
Steven E. Rindner

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____
                                              :
SECURITIES AND EXCHANGE COMMISSION, :
                                              :
           Plaintiff,                         :     No. 08 cv 4612 (SWK)
                                              :
     v.                                       :     **MOTION TO DISMISS**
                                              :     **COMPLAINT OF PLAINTIFF**
                                              :     **SECURITIES & EXCHANGE**
                                              :     **COMMISSION**
                                              :
JOHN MICHAEL KELLY, STEVEN E.                 :
RINDNER, JOSEPH A. RIPP, and                  :
MARK WOVSANIKER,                              :
                                              :
           Defendants.                        :
_____:

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Steven E. Rindner moves this Court before the Honorable Shirley Wohl Kram, United States District Judge, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff Securities and Exchange Commission's claims against Defendant Steven E. Rindner.

- 2 -

        Respectfully submitted,

        s/ Jonathan C. Drimmer
        Mark J. Hulkower
        Jonathan C. Drimmer
        Marc E. Levin
        Steptoe & Johnson LLP
        1330 Connecticut Avenue, N.W.
        Washington, D.C.  20036-1795
        (202) 429-3000
        jdrimmer@steptoe.com

        Counsel for Steven Rindner

Dated:  September 5, 2008

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss were served via electronic mail, this 5th day of September 2008, upon the following counsel:

Richard Hong
John David Worland, Jr
John J. Bowers
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
Tel: (202) 551-4470
Fax: (202) 772-9245

*Counsel for Securities and Exchange Commission*

Gregory G. Little
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166-0091
Tel: (212) 309-1040
Fax: (212) 309-1100

*Counsel for Joseph A. Ripp*

Stephen G. Topetzes
Erin A. Koeppel
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 778-9328
Fax: (202) 778-9100

*Counsel for Mark Wovsaniker*

Jonathan R. Tuttle
Bruce E. Yannett
Andrew J. Ceresney
Debevoise & Plimpton LLP
555 13th Street, N.W.
Washington, D.C. 20004
Tel: (202) 383-8124
Fax: (202) 383-8118

*Counsel for John Michael Kelly*

                                                  s/ Jonathan C. Drimmer