UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOHN MICHAEL KELLY, STEVEN E.<br>RINDNER, JOSEPH A. RIPP, and<br>MARK WOVSANIKER,<br><br>　　　　　　　　　　Defendants. | 08 Civ. 4612-SWK<br>(ECF Case) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the accompanying declaration and the exhibits attached thereto, by and through his counsel, Debevoise & Plimpton LLP, Defendant J. Michael Kelly moves this Court, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint against him filed by the Securities and Exchange Commission.

Dated:  New York, New York
　　　　September 5, 2008

　　　　　　　　　　　　　　　　　　　　DEBEVOISE & PLIMPTON LLP

　　　　　　　　　　　　　　　　　　　　　/s/ Andrew J. Ceresney
　　　　　　　　　　　　　　　　　　　　Bruce E. Yannett, Esq.
　　　　　　　　　　　　　　　　　　　　Andrew J. Ceresney. Esq.
　　　　　　　　　　　　　　　　　　　　919 Third Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　　　　　(212) 909-6000

　　　　　　　　　　　　　　　　　　　　Jonathan R. Tuttle, Esq.
　　　　　　　　　　　　　　　　　　　　Ada Fernandez Johnson, Esq.
　　　　　　　　　　　　　　　　　　　　Emily S. Pierce, Esq.
　　　　　　　　　　　　　　　　　　　　555 13th Street, N.W. Ste. 1100E
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　(202) 383-8000