UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

   v.

JOHN MICHAEL KELLY, STEVEN E.
RINDNER, JOSEPH A. RIPP, and
MARK WOVSANIKER,

      Defendants.

08 Civ. 4612-SWK
(ECF Case)

---

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Notice of Motion to Dismiss, Defendant J. Michael Kelly's Memorandum of Law in Support of His Motion to Dismiss the Complaint and Declaration of Ada Fernandez Johnson in Support of Defendant J. Michael Kelly's Motion to Dismiss were served via the Court's ECF system, this 5th day of September, 2008, upon the following counsel:

Richard Hong
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Tel: (202) 551-4470
Fax: (202) 772-9245

*Counsel for Plaintiff SEC*

Jonathan Drimmer
Steptoe & Johnson LLP (DC)
1330 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 429-6477
Fax: (202) 429-3902

*Counsel for Steven Rindner*

Gregory G. Little
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166-0091
Tel: (2 12) 309-1040
Fax: (212) 309-1100

*Counsel for Joseph A. Ripp*

Stephen G. Topetzes
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9328
Fax: (202) 778-9100

*Counsel for Mark Wovsaniker*

_____
Gregory A. Senn

40104115v1