Stephen G. Topetzes (ST-4145) (admitted pro hac vice)
Erin Ardale Koeppel (EK-3460) (admitted pro hac vice)
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C.  20006
(202) 778-9000
stephen.topetzes@klgates.com
erin.koeppel@klgates.com

Attorneys for Defendant Mark Wovsaniker

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                              **Plaintiff,**<br><br>               v.<br><br>**JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP, and MARK WOVSANIKER,**<br><br>                              **Defendants.** | 08 Civ. 4612-SWK<br>ECF Case |

**DEFENDANT MARK WOVSANIKER'S NOTICE OF**
**MOTION TO DISMISS COMPLAINT**

Defendant Mark Wovsaniker, through his undersigned counsel, hereby moves for an order dismissing the Complaint with prejudice.  As support for this motion, Defendant Wovsaniker states that the Complaint fails to state a claim on which relief can be granted as required by Fed. R. Civ. P. 12(b)(6) and fails to plead fraud with particularity as required by Fed. R. Civ. P. 9(b).  As additional support, defendant relies on the points and authorities contained in the Memorandum of Law in Support of Defendant Mark Wovsaniker's Motion to Dismiss the Complaint and the Declaration of Stephen G. Topetzes, Esq. with attached exhibits, both of which are submitted herewith.

2

        Respectfully submitted,

        K&L GATES LLP

By:      /s/ Stephen G. Topetzes
        Stephen G. Topetzes, Esq. (ST-4145) (admitted pro hac vice)
        Erin Ardale Koeppel, Esq. (EK-3460) (admitted pro hac vice)
        K&L GATES LLP
        1601 K Street, N.W.
        Washington, D.C.  20006
        (202) 778-9000
        (202) 778-9100 (fax)
        stephen.topetzes@klgates.com
        erin.koeppel@klgates.com

        Attorneys for Defendant Mark Wovsaniker

Dated: September 5, 2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                            **Plaintiff,**<br><br>                  v.<br><br>**JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP, and MARK WOVSANIKER,**<br><br>                            **Defendants.** | 08 Civ. 4612-SWK<br>ECF Case |

**CERTIFICATE OF SERVICE**

I, Stephen G. Topetzes, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a partner at the law firm K&L Gates LLP, attorneys for Defendant Mark Wovsaniker.

On September 5, 2008, I served a true and correct copy of the foregoing Notice of Motion in the above-captioned matter on counsel of record via the Court's ECF System.

Executed on September 5, 2008.

                                                    /s/ Stephen G. Topetzes
                                       Stephen G. Topetzes, Esq. (ST-4145) (admitted pro hac vice)
                                       Erin Ardale Koeppel, Esq. (EK-3460) (admitted pro hac vice)
                                       K&L GATES LLP
                                       1601 K Street, N.W.
                                       Washington, D.C. 20006
                                       Phone:  202-778-9000
                                       Fax:  202-778-9100
                                       stephen.topetzes@klgates.com
                                       erin.koeppel@klgates.com