UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :

                                               :     ORDER
             Plaintiff,
                                                      08 Civ. 4612 (CM) (GWG)

   -v.-

JOHN MICHAEL KELLY et al.,
             Defendants.
------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      1. The above-referenced action has been referred to this Court for certain pre-trial purposes.

      2. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery.

      3. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: http://www1.nysd.uscourts.gov/judge_info.php?id=67. Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

      4. Any application for an extension of the time limitations with respect to any deadlines in this matter must be made to Judge McMahon.

      5. If a recipient of this Order is aware of any attorneys or parties who should receive notice of Court action in this case other than any attorneys or parties currently listed on the ECF system, please notify Deputy Clerk Sylvia Gonzalez at (212) 805-4260 immediately.

      SO ORDERED.

Dated: October 2, 2009
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/09