UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :

                                                   :    ORDER
                Plaintiff,                        08 Civ. 4612 (CM) (GWG)

        -v.-

JOHN MICHAEL KELLY et al.,
                Defendants.          :
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       Oral argument on the pending discovery motions will be held on Friday, November 6, 2009, at 4:00 p.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

       Upon receipt of this Order each attorney is directed to ensure that all other attorneys on the case are aware of this Order. If necessary, the date of this proceeding may be changed in accordance with paragraph 1.F of this Court's Individual Practices.

       SO ORDERED.

Dated: October 26, 2009
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge