UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
:
SECURITIES AND EXCHANGE :
COMMISSION, : 08 Civ. 4612(CM)(GWG)
:
                       Plaintiff, :
:
         -against- :
:
JOHN MICHAEL KELLY, STEVEN E. :
RINDNER, JOSEPH A. RIPP, and MARK :
WOVSANIKER, :
:
                     Defendants. :
----------------------------------------------------------- x

**DECLARATION OF RICHARD HONG IN SUPPORT OF PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION'S OPPOSITIONS TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Richard Hong, respectfully submit this Declaration in Support of Plaintiff Securities and Exchange Commission's Oppositions to Defendants' Motions for Summary Judgment.

1.     I am an Assistant Chief Litigation Counsel in the Division of Enforcement of the Securities and Exchange Commission ("SEC"). I am a member of the Southern District of New York bar. I represent the SEC in this civil action. Based upon my personal knowledge, I provide this Declaration.

2.     Exhibits 1 through 935, which are attached hereto and are identified in Plaintiff SEC's Local Rule 56.1(b) Statement of Additional Material Facts Precluding

Summary Judgment, are correct copies of the materials (documents and excerpts of depositions/testimony transcripts) they represent.

Executed on July 27, 2010 at Washington, DC.

/s/ Richard Hong
Richard Hong