UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | |
| Plaintiff, | : | |
| - vs - | : | 08 Civil Action No: 4612 (CM) ECF Case |
| | : | |
| JOHN MICHAEL KELLY, STEVEN E. RINDNER, and MARK WOVSANIKER | : | |
| | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------------- x

## NOTICE OF MOTION TO STRIKE PLAINTIFF'S RULE 56.1(B) STATEMENT OF ADDITIONAL MATERIAL FACTS PRECLUDING SUMMARY JUDGMENT

Defendant Mark Wovsaniker, through his undersigned counsel, hereby moves that the Court strike Plaintiff Securities and Exchange Commission's Rule 56.1(b) Statement of Additional Material Facts Precluding Summary Judgment. As support for this motion, Defendant Mark Wovsaniker shall rely upon this Notice of Motion to Strike Plaintiff's Rule 56.1(b) Statement of Additional Material Facts Precluding Summary Judgment and Proposed Order, and Defendant Mark Wovsaniker's Memorandum of Law in Support of His Motion to Strike.

DC-1459436 v1

        Respectfully submitted,

        K&L GATES LLP

By:     /s/ Stephen G. Topetzes
       Stephen G. Topetzes, Esq. (ST-4145) (admitted pro hac vice)
       Glenn R. Reichardt (GR-2394) (admitted pro hac vice)
       Erin Ardale Koeppel, Esq. (EK-3460) (admitted pro hac vice)

        K&L GATES LLP
        1601 K Street, N.W.

        Washington, D.C. 20006
        P:  (202) 778-9000
        F:  (202) 778-9100
        stephen.topetzes@klgates.com
        glenn.reichardt@klgates.com
        erin.koeppel@klgates.com

Dated: August 9, 2010