UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

| | | |
|---|---|---|
| SECURITES AND EXCHANGE COMMISSION | : | |
| Plaintiff, | : | |
| - vs - | : | 08 Civil Action No: 4612 (CM) ECF Case |
| | : | |
| JOHN MICHAEL KELLY, STEVEN E. RINDNER, and MARK WOVSANIKER | : | |
| | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Stephen G. Topetzes, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a partner at the law firm K&L Gates LLP, attorneys for Defendant Mark Wovsaniker.

On August 9, 2010, I served a true and correct copy of the foregoing Notice of Motion to Strike Plaintiff SEC's Rule 56.1(b) Statement of Additional Material Facts and accompanying Memorandum of Law, in the above-captioned matter on counsel of record via the Court's ECF System.

Executed on August 9, 2010.

Respectfully submitted,

K&L GATES LLP


By:       /s/ Stephen G. Topetzes
    Stephen G. Topetzes, Esq. (ST-4145) (admitted pro hac vice)
    Glenn R. Reichardt (GR-2394) (admitted pro hac vice)
    Erin Ardale Koeppel, Esq. (EK-3460) (admitted pro hac vice)


    K&L GATES LLP
    1601 K Street, N.W.
    Washington, D.C. 20006
    P: (202) 778-9000
    F: (202) 778-9100
    stephen.topetzes@klgates.com
    glenn.reichardt@klgates.com
    erin.koeppel@klgates.com