J. McMahon.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES EXCHANGE COMMISSION,   :
                                  :
              Plaintiff,          :   08 Civ. 4612 (CM)
                                  :
         v.                       :   (ECF CASE)
                                  :
JOHN MICHAEL KELLY, STEVEN E.     :
RINDNER, JOSEPH A. RIPP, and MARK :
WOVSANIKER,                       :
                                  :
              Defendants.         :
                                  :
-------------------------------------------------------------x

USDS ...
... FILED
DOC #: _____
DATE FILED: 8/30/10

## ORDER

THIS CAUSE having come before the Court upon Unopposed Motion to Withdraw as Counsel for Defendant John Michael Kelly and Notice of Hearing and the Court having considered the papers filed in this matter and the representations of counsel, the motion is hereby Granted.

**IT IS DECLARED, ADJUDGED AND DECREED** that Emily S. Pierce is permitted to withdraw as counsel for John Michael Kelly.

**DONE AND DECLARED** this 30 day of Aug, 2010.

/s/ Colleen McMahon
COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

40118417v1