Mark J. Hulkower (admitted *pro hac vice*)
Jonathan C. Drimmer (admitted *pro hac vice*)
Patrick F. Linehan (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

*Attorneys for Defendant*
*Steven E. Rindner*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> JOHN MICHAEL KELLY, STEVEN E. : <br> RINDNER, JOSEPH A. RIPP, and : <br> MARK WOVSANIKER, : <br> : <br> Defendants. : | No. 08 Civ. 4612 (CM) <br> ECF Case |

**SUPPLEMENTAL DECLARATION OF JONATHAN C. DRIMMER IN SUPPORT OF**
**DEFENDANT STEVEN E. RINDNER'S MOTION FOR SUMMARY JUDGMENT**

I, Jonathan C. Drimmer, declare and say as follows:

1.  I am a member of the bars of the District of Columbia and the State of California and am admitted *pro hac vice* in the above-captioned case. I am associated with the law firm of Steptoe & Johnson, LLP, attorneys for Defendant Steven E. Rindner in this action. I submit this declaration to present to the Court the following Exhibits in support of Mr. Rindner's

- 2 -

Reply Memorandum in Support of His Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

2. Attached as Reply Exhibit 1 to this declaration is a true and correct copy of excerpts of deposition testimony taken by the SEC in the Homestore.com, Inc. investigation from Steven Rindner.

3. Attached as Reply Exhibit 2 to this declaration is a true and correct copy of excerpts of deposition testimony taken in this action from Edward Weinstein.

4. Attached as Reply Exhibit 3 to this declaration is a true and correct copy of Plaintiff SEC's Answers and Objections to Defendant Steven E. Rindner's Third Set of Interrogatories to the Securities and Exchange Commission.

5. Attached as Reply Exhibit 4 to this declaration is a true and correct copy of excerpts of a transcript of a hearing held in this action before Magistrate Gorenstein on April 1, 2010.

6. Attached as Reply Exhibit 5 to this declaration is a true and correct copy of excerpts of deposition testimony taken in this action from James Patti.

7. Attached as Reply Exhibit 6 to this declaration is a true and correct copy of a November 6, 2002 Ernst & Young Memorandum (EYR008912-8915).

8. Attached as Reply Exhibit 7 to this declaration is a true and correct copy of a January 23, 2001 Ernst & Young Memorandum (EYDF000005-7).

9. Attached as Reply Exhibit 8 to this declaration is a true and correct copy of an AOL Advertising Insertion Order for Veritas Software Corporation (9AOL070044-49).

- 3 -

10. Attached as Reply Exhibit 9 to this declaration is a true and correct copy of excerpts of a transcript of a hearing held in this action before Magistrate Gorenstein on November 6, 2009.

11. Attached as Reply Exhibit 10 to this declaration is a true and correct copy of excerpts of deposition testimony taken in this action from James Patti.

12. Attached as Reply Exhibit 11 to this declaration is a true and correct copy of excerpts of deposition testimony taken in this action from Matt Korn.

13. Attached as Reply Exhibit 12 to this declaration is a true and correct copy of excerpts of deposition testimony taken in this action from William McGrath.

14. Attached as Reply Exhibit 13 to this declaration is a true and correct copy of excerpts of deposition testimony taken in this action from Mark Wovsaniker.

15. Attached as Reply Exhibit 14 to this declaration is a true and correct copy of excerpts of deposition testimony taken in this action from James Kelly.

16. Attached as Reply Exhibit 15 to this declaration is a true and correct copy of an expert report submitted in this action by Gary Booth.

17. Attached as Reply Exhibit 16 to this declaration is a true and correct copy of a January 18, 2001 email from Mark Wovsaniker to David Colburn (1AOL119110154-55).

18. Attached as Reply Exhibit 17 to this declaration is a true and correct copy of excerpts of deposition testimony taken in this action from Adam Lehman.

I certify, under penalty of perjury, that the foregoing statements made by me are true. Executed on September 10, 2010

/s/ Jonathan C. Drimmer
Jonathan C. Drimmer

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2010, I caused a true and correct copy of the foregoing Supplemental Declaration of Jonathan C. Drimmer in Support of Defendant Steven E. Rindner's Motion for Summary Judgment, and all exhibits attached thereto, to be served via the Court's ECF filing system, upon the following counsel:

Richard Hong
John J. Bowers
John D. Worland, Jr.
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
*Attorneys for Plaintiff*

Bruce E. Yannett
Andrew J. Ceresney
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

Jonathan Tuttle
Ada Fernandez Johnson
DEBEVOISE & PLIMPTON LLP
555 13th Street, NW
Suite 1100E
Washington, DC 20004
*Attorneys for John Michael Kelly*

Stephen G. Topetzes
Glenn R. Reichardt
Erin Ardale Koeppel
Bethany M. Nifkar
K & L GATES LLP
1601 K Street, NW
Washington, DC 20006
*Attorneys for Mark Wovsaniker*

    /s/ Jonathan C. Drimmer
    Jonathan C. Drimmer