# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Defendant J. Michael Kelly's Reply Memorandum of Law in Support of His Motion for Summary Judgment, Reply To The Statement of Undisputed Facts and Declaration of Ada Fernandez Johnson in Support of Defendant J. Michael Kelly's Reply Brief were served via the Court's ECF system, this 10th day of September, 2010, upon the following counsel:

| | |
|---|---|
| Richard Hong<br>John J. Bowers<br>John D. Worland<br>Division of Enforcement<br>U.S. Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549<br>Tel: (202) 551-4470<br>Fax: (202) 772-9245<br><br>*Counsel for Plaintiff SEC* | Jonathan Drimmer<br>Steptoe & Johnson LLP (DC)<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Tel: (202) 429-6477<br>Fax: (202) 429-3902<br><br>*Counsel for Steven Rindner* |

Stephen G. Topetzes
Glenn Reichart
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006-1600
Tel: (202) 778-9328
Fax: (202) 778-9100

*Counsel for Mark Wovsaniker*


                                                      /s/ Ada Fernandez Johnson
                                                      Ada Fernandez Johnson