UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

    -against-                                 08 Civ. 4612 (CM)

KELLY, et al.,

          Defendants.

---------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/11
```

### ORDER DENYING MOTION TO STRIKE DOCUMENT

McMahon, J.:

    As should have been implicit from the court's decision in connection with the motion for summary judgment that were granted in part and denied in part last week, the motion to strike the SEC's Rule 56.1 Statement (Docket #253) is DENIED.

    The Clerk of the Court shall remove the motion from the court's list of active motions.

Dated: January 13, 2011

                                                                       _____
                                                                                 U.S.D.J.

BY ECF TO ALL COUNSEL