USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/11

**RECEIVED**
MAR 15 2011
CHAMBERS OF
COLLEEN McMAHON

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DIVISION OF ENFORCEMENT
100 F. Street, NE
WASHINGTON, D.C. 20549

# MEMO ENDORSED

John D. Worland, Jr.
Tel: (202) 551-4438
worlandj@sec.gov

March 14, 2011

**VIA FACSIMILE (212-805-6326)**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 14C
New York, New York 10007

Re:  SEC v. Kelly, et al., No. 1:08-cv-4612 (CM) (GWG)

Dear Judge McMahon:

We, the undersigned counsel, represent all parties in the above-referenced action. The current scheduling order contains no dates for the submission of a pre-trial order, pre-trial conferences or trial. While such dates had been set by Judge Kram, the parties and Judge Gorenstein agreed last year to let the summary judgment process run its course before pursuing a revised trial schedule. Because summary judgment motions have now been decided, we met and agreed on the following proposal to the Court seeking pre-trial and trial dates for what we jointly estimate will be an 8-10 week trial:

April 15, 2011:  Plaintiff provides its portions of joint pre-trial order to Defendants;
June 1, 2011:  Defendants provide their portions of joint pre-trial order to Plaintiff;
July 1, 2011:  Parties submit final proposed joint pre-trial order to Court, as well as requests to charge, proposed voir dire questions and a draft verdict form;
July 1, 2011:  Motions *in limine* due;
July 22, 2011:  Oppositions to motions *in limine* due;
July 29, 2011:  Pre-trial conference;
September 7, 2011 (or when practicable for the Court):  Commence trial.

The parties recognize that these dates have not yet been vetted with the Court, and that in some instances they represent a departure from Your Honor's Individual Practices. We believe that the proposed schedule is appropriate given the size and complexity of the record and the

[Handwritten annotations by Judge McMahon, partially legible:]
*Set trial date. Limit to 6 weeks, will not allow 8-10. Plan on estimate for sides to be met. Do not post upon trial date.*
*This trial will not occur until sometime in 2012 - and I doubt it will take 8-10 weeks, because I will not allow that. Submit proposed order by July 1. I will schedule a conference once dates are known for exhibit list.*
[Signed: Colleen McMahon]

number of issues to be tried, and it will permit the parties to try the matter as efficiently as possible. At the Court's convenience, the parties are available to discuss any scheduling issues or concerns the Court might have.

Respectfully submitted,

John D. Worland, Jr.
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20529-4010
Tel: (202) 551-4438
Fax: (202) 772-9245

*Counsel for Plaintiff*

Jonathan R. Tuttle
DEBEVOISE & PLIMPTON LLP
555 13th Street, NW
Washington, DC 20004
Tel: (202) 383-8124
Fax: (202) 383-8118

*Counsel for J. Michael Kelly*

Jonathan Drimmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-6477
Fax: (202) 429-3902

*Counsel for Steven E. Rindner*

Stephen G. Topetzes
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Tel: (202) 778-9328
Fax: (202) 778-9100

*Counsel for Mark Wovsaniker*

03/14/2011 Case 1:08-cv-04612-GM -GWG Document 272 Filed 03/15/11 Page 3 of 3 003/003

To: 'Erik Bierbauer   Page 3 of 3                    2011-03-11 14:41:19 EST                K&L Gates LLP  From: Williams, Susan D.

number of issues to be tried, and it will permit the parties to try the matter as efficiently as possible. At the Court's convenience, the parties are available to discuss any scheduling issues or concerns the Court might have.

Respectfully submitted,

_____
John D. Worland, Jr.
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20529-4010
Tel: (202) 551-4438
Fax: (202) 772-9245

*Counsel for Plaintiff*

*Jonathan R. Tuttle /EB*
Jonathan R. Tuttle
DEBEVOISE & PLIMPTON LLP
555 13th Street, NW
Washington, DC 20004
Tel: (202) 383-8124
Fax: (202) 383-8118

*Counsel for J. Michael Kelly*

_____
Jonathan Drimmer
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-6477
Fax: (202) 429-3902

*Counsel for Steven E. Rindner*

Stephen G. Topetzes
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Tel: (202) 778-9328
Fax: (202) 778-9100

*Counsel for Mark Wovsaniker*

2