UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN MICHAEL KELLY, STEVEN E.
RINDNER, JOSEPH A. RIPP, and
MARK WOVSANIKER,

    Defendants.

No. 08-CV-4612 (CM)

(ECF Case)

## ORDER

THIS CAUSE having come before the Court upon the Unopposed Motion for Jonathan C. Drimmer to Withdraw as Counsel for Defendant Steven E. Rindner, and the Court having considered the papers filed in this matter and the representations of counsel, the motion is hereby Granted.

**IT IS DECLARED, ADJUDGED AND DECREED** that Jonathan C. Drimmer is permitted to withdraw as counsel for Steven E. Rindner.

**DONE AND DECLARED** this ___4___ day of ___April___, 2011.

              _____
              COLLEEN MCMAHON
              UNITED STATES DISTRICT JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11
```