STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Attorneys for Defendant
Steven E. Rindner

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/11

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

JOHN MICHAEL KELLY, STEVEN E.
RINDNER, JOSEPH A. RIPP, and
MARK WOVSANIKER,

        Defendants.

**MEMO ENDORSED**

No. 08-CV-4612 (CM)

(ECF Case)

---

**UNOPPOSED MOTION FOR JONATHAN C. DRIMMER TO WITHDRAW**
**AS COUNSEL FOR DEFENDANT STEVEN E. RINDNER**

Jonathan C. Drimmer
1330 Connecticut Ave., NW
Washington, DC 20036
202-429-4795

Dated: April 1, 2011

*[Handwritten endorsement: 4/4/2011 Motion granted. /s/ USDJ]*

Jonathan C. Drimmer moves this Court for entry of an order permitting him to withdraw as counsel for defendant Steven E. Rindner, for the following reasons:

1. As of March 28, 2011, Mr. Drimmer is no longer an attorney at Steptoe & Johnson, LLP, the law firm which continues to represent Mr. Rindner.

2. The posture of this case will not be affected, as Patrick F. Linehan, Robert Moore, Erin S. Vagley, Jeremy D. Engle, and Anthony Rappa, each of Steptoe & Johnson LLP, will remain as counsel of record for Mr. Rindner.

3. Counsel for the Securities and Exchange Commission does not oppose this motion.

4. A copy of this motion has been provided to Mr. Rindner and served on opposing counsel via the Court's ECF system.

A proposed order granting the motion is attached.

/s/ Jonathan C. Drimmer
Jonathan C. Drimmer
1330 Connecticut Ave., NW
Washington, DC 20036
202-429-4795

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Unopposed Motion for Jonathan C. Drimmer to Withdraw as Counsel for Defendant Steven E. Rindner was served this 1st day of April, 2011, via the Court's ECF system, upon the following:

*Attorneys for Plaintiff:*

John D. Worland
John J. Bowers
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549

*Attorneys for Mark Wovsaniker:*

Stephen G. Topetzes
Erin A. Koeppel
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006

*Attorneys for John Michael Kelly:*

Jonathan Tuttle
Ada Fernandez Johnson
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Suite 1100E
Washington, D.C. 20004


/s/ Jonathan C. Drimmer
Jonathan C. Drimmer
1330 Connecticut Ave., NW
Washington, D.C. 20036
Phone: 202-429-4795