UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | No. 08-CV-4612 (CM) |
| v. | (ECF Case) |
| JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP, and MARK WOVSANIKER, | |
| Defendants. | |

USDS NY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/11

## ORDER

THIS CAUSE having come before the Court upon the Unopposed Motion for Mark J. Hulkower to Withdraw as Counsel for Defendant Steven E. Rindner, and the Court having considered the papers filed in this matter and the representations of counsel, the motion is hereby Granted.

**IT IS DECLARED, ADJUDGED AND DECREED** that Mark J. Hulkower is permitted to withdraw as counsel for Steven E. Rindner.

**DONE AND DECLARED** this ____ day of __April__, 2011.

COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE