UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

v.

JOHN MICHAEL KELLY, STEVEN E.
RINDNER, JOSEPH A. RIPP and MARK
WOVSANIKER,

            Defendants.

No. 08 cv 4612 (CM)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Edward R. Mackiewicz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    Roger E. Warin
    Firm Name:    Steptoe & Johnson LLP
    Address:    1330 Connecticut Avenue, N.W.
    City/State/Zip:    Washington, DC 20036
    Phone Number:    (202) 429-6280
    Fax Number:    (202) 429-3902

Roger Warin is a member in good standing of the Bar of the District of Columbia (admitted on March 29, 1971; Certificate of Good Standing attached as Exhibit A). There are no pending disciplinary proceedings against Mr. Warin in any State or Federal court.

Dated: 3/31/2011
Washington, DC

                                                                          _____
Edward R. Mackiewicz
SDNY Bar Code: ERM-6469
STEPTOE & JOHNSON LLP
1330 Connecticut Ave, N.W.
Washington, D.C. 20036
Tel: (202) 429-6412
Fax: (202) 429-3902

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP and MARK WOVSANIKER,<br><br>                    Defendants. | No. 08 cv 4612 (CM)<br><br>AFFIDAVIT OF EDWARD R. MACKIEWICZ IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

City of Washington       )
District of Columbia      )   ss:
                                       )

EDWARD R. MACKIEWICZ, being duly sworn, deposes and says as follows:

1. I am a Partner at Steptoe & Johnson LLP, counsel for Defendant Steven E. Rindner in the above captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit my colleague, Roger E. Warin, as counsel *pro hac vice* to represent Steven Rindner in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice on February 22, 1977. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Roger Warin since 1993.

4. Roger Warin is a Partner at Steptoe & Johnson LLP in Washington, D.C.

5. Based on my personal knowledge of him, I have found Mr. Warin to be a skilled attorney, and a person of high integrity and moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and Evidence.

-1-

6. Accordingly, I am pleased to move for the admission of Roger Warin *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Roger Warin *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Roger Warin *pro hac vice* to represent Defendant Steven E. Rindner in the above captioned matter be granted.

Dated: 3/31/2011
Washington, DC

Edward R. Mackiewicz
SDNY Bar Code: ERM-6469

Subscribed and sworn to before me
This 31 day of M/H 2011

Notary Public



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROGER E. WARIN

was on the 29TH day of MARCH, 1971, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 17, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
       Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP, and MARK WOVSANIKER<br>　　　　　Defendants. | No. 08 cv 4612 (CM)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon the motion of Edward R. Mackiewicz, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

　　　　Applicant's name:　　Roger E. Warin

　　　　Firm Name:　　Steptoe & Johnson LLP

　　　　Address:　　1330 Connecticut Avenue, N.W.

　　　　City/State/Zip:　　Washington, DC  20036

　　　　Telephone Number:　　(202) 429-6280

　　　　Fax Number:　　(202) 429-3902

　　　　Email address:　　rwarin@steptoe.com

is admitted to practice *pro hac vice* as counsel for Defendant Steven E. Rindner in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

- 2 -

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2011

New York, New York

_____
Hon. Coleen McMahon
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to admit Roger E. Warin *pro hac vice* was served this 31st day of March, 2011, by first class mail, upon the following:

*Attorneys for Plaintiff:*

John D. Worland
John J. Bowers
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549

*Attorneys for John Michael Kelly:*

Jonathan Tuttle
Ada Fernandez Johnson
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Suite 1100E
Washington, D.C. 20004

*Attorneys for Mark Wovsaniker:*

Stephen G. Topetzes
Erin A. Koeppel
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006

_____
Jeremy Engle
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
Phone: 202-429-5515
Fax: 202-429-3902