UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>            Plaintiff,<br><br>v.<br><br>JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP, and MARK WOVSANIKER<br><br>            Defendants. | No. 08 cv 4612 (CM)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/11
```

Upon the motion of Edward R. Mackiewicz, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>    Applicant's name:      Roger E. Warin
>
>    Firm Name:             Steptoe & Johnson LLP
>
>    Address:               1330 Connecticut Avenue, N.W.
>
>    City/State/Zip:        Washington, DC  20036
>
>    Telephone Number:      (202) 429-6280
>
>    Fax Number:            (202) 429-3902
>
>    Email address:         rwarin@steptoe.com

is admitted to practice *pro hac vice* as counsel for Defendant Steven E. Rindner in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

- 2 -

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____4/11/11_____, 2011

New York, New York

_____
Hon. Coleen McMahon
United States District Judge