UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP and MARK WOVSANIKER,<br><br>　　　　　　　　　　Defendants. | No. 08 cv 4612 (CM)<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Edward R. Mackiewicz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

|   |   |
|---|---|
| Applicant's Name: | Reid H. Weingarten |
| Firm Name: | Steptoe & Johnson LLP |
| Address: | 1330 Connecticut Avenue, N.W. |
| City/State/Zip: | Washington, DC 20036 |
| Phone Number: | (202) 429-6238 |
| Fax Number: | (202) 429-3902 |

Reid Weingarten is a member in good standing of the Bar of the District of Columbia (admitted on 10/19/1982; Certificate of Good Standing attached as Exhibit A); the State of New York (admitted on 1/24/2007; Certificate of Good Standing attached as Exhibit B); and the Commonwealth of Pennsylvania (admitted on 10/22/1975; Certificate of Good Standing attached as Exhibit C). There are no pending disciplinary proceedings against Mr. Weingarten in any State or Federal court.

6. Accordingly, I am pleased to move for the admission of Reid Weingarten *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Reid Weingarten *pro hac vice*, which is attached hereto as Exhibit D.

WHEREFORE, it is respectfully requested that the motion to admit Reid Weingarten *pro hac vice* to represent Defendant Steven E. Rindner in the above captioned matter be granted.

Dated: 4/25/2011
Washington, DC

City of Washington, District of Columbia

Edward R. Mackiewicz
SDNY Bar Code: ERM-6469

Subscribed and sworn to before me
This 25 day of APR . 2011

Notary Public

JoAnn Wieczorek, Notary Public

-2-



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

REID H. WEINGARTEN

was on the 19TH day of OCTOBER, 1982 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 6, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
      Deputy Clerk



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Reid Henry Weingarten

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **24th day of January, 2007**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **7th day of April, 2011.**



*Robert D. Mayberger*
Clerk

ATTORNEY REGISTRATION OFFICE



PENNSYLVANIA JUDICIAL CENTER
601 Commonwealth Ave., Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625

Tel: (717) 231-3380 • Fax:(717) 231-3381 • www.padboard.org

## CERTIFICATION OF INACTIVE STATUS
*In lieu of Certificate of Good Standing*

*For*

## REID H. WEINGARTEN
*PA Bar Number 21681*

I, Suzanne E. Price, as the Attorney Registrar for the Disciplinary Board of the Supreme Court of Pennsylvania, hereby confirm that Reid H. Weingarten was admitted as an Attorney by the Supreme Court of Pennsylvania to the bar of the courts of the Commonwealth of Pennsylvania on October 22, 1975.

Mr. Weingarten is currently registered as "Voluntarily Inactive", having assumed said status as of September 9, 1982.

Dated this 15th day of April, 2011

By: _____
Suzanne E. Price
Attorney Registrar



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>           Plaintiff,<br><br>v.<br><br>JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP, and MARK WOVSANIKER<br>           Defendants. | No. 08 cv 4612 (CM)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon the motion of Edward R. Mackiewicz, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's name: | Reid H. Weingarten |
| Firm Name: | Steptoe & Johnson LLP |
| Address: | 1330 Connecticut Avenue, N.W. |
| City/State/Zip: | Washington, DC  20036 |
| Telephone Number: | (202) 429-6238 |
| Fax Number: | (202) 429-3902 |
| Email address: | rweingarten@steptoe.com |

is admitted to practice *pro hac vice* as counsel for Defendant Steven E. Rindner in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

- 2 -

Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2011

New York, New York

                                                                                        Hon. Colleen McMahon
                                                                                      United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion To Admit Reid H. Weingarten *pro hac vice* was served this 25th day of April, 2011, by first class mail, upon the following:

*Attorneys for Plaintiff:*

John D. Worland
John J. Bowers
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549

*Attorneys for John Michael Kelly:*

Jonathan Tuttle
Ada Fernandez Johnson
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Suite 1100E
Washington, D.C. 20004

*Attorneys for Mark Wovsaniker:*

Stephen G. Topetzes
Erin A. Koeppel
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006

Jeremy Engle
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
Phone: 202-429-5515
Fax: 202-429-3902