USDS SDNY
DOCUMLNT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,
            Plaintiff,

v.

JOHN MICHAEL KELLY, STEVEN E.
RINDNER, JOSEPH A. RIPP, and
MARK WOVSANIKER

            Defendants.

No. 08 cv 4612 (CM)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

---

Upon the motion of Edward R. Mackiewicz, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's name: | Reid H. Weingarten |
| Firm Name: | Steptoe & Johnson LLP |
| Address: | 1330 Connecticut Avenue, N.W. |
| City/State/Zip: | Washington, DC  20036 |
| Telephone Number: | (202) 429-6238 |
| Fax Number: | (202) 429-3902 |
| Email address: | rweingarten@steptoe.com |

is admitted to practice *pro hac vice* as counsel for Defendant Steven E. Rindner in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

- 2 -

Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____May 3_____, 2011

New York, New York

_____
Hon. Colleen McMahon
United States District Judge