UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/11

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP, and MARK WOVSANIKER,

    Defendants.

No. 08-CV-4612 (CM)

(ECF Case)

## ORDER

THIS CAUSE having come before the Court upon the Unopposed Motion for Jeremy D. Engle to Withdraw as Counsel for Defendant Steven E. Rindner, and the Court having considered the papers filed in this matter and the representations of counsel, the motion is hereby Granted.

**IT IS DECLARED, ADJUDGED AND DECREED** that Jeremy D. Engle is permitted to withdraw as counsel for Steven E. Rindner.

**DONE AND DECLARED** this 24 day of May, 2011.

COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE