UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

JOHN MICHAEL KELLY, STEVEN E.
RINDNER, JOSEPH A. RIPP and MARK
WOVSANIKER,

        Defendants.

No. 08 cv 4612 (CM)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Edward R. Mackiewicz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    Jill Christine Maguire
    Firm Name:    Steptoe & Johnson LLP
    Address:    1330 Connecticut Avenue, N.W.
    City/State/Zip:    Washington, DC 20036
    Phone Number:    (202) 429-8181
    Fax Number:    (202) 429-3902

Jill C. Maguire is a member in good standing of the Bar of the State of New York (admitted on March 22, 2007; Certificate of Good Standing attached hereto as Exhibit A); and the Bar of the District of Columbia (admitted on November 7, 2008; Certificate of Good Standing attached hereto as Exhibit B). There are no pending disciplinary proceedings against Ms. Maguire in any State or Federal court.

Dated: June 6, 2011
Washington, DC

Edward R. Mackiewicz
SDNY Bar Code: ERM-6469
STEPTOE & JOHNSON LLP
1330 Connecticut Ave, N.W.
Washington, D.C. 20036
Tel: (202) 429-6412
Fax: (202) 429-3902

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP and MARK WOVSANIKER,<br><br>　　　　　　　　　　Defendants. | : : : : : : : : : : : : : : : :  No. 08 cv 4612 (CM)<br><br>AFFIDAVIT OF<br>EDWARD R. MACKIEWICZ<br>IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

City of Washington　　　)
District of Columbia　　　)　　ss:
　　　　　　　　　　　　)

　　　　EDWARD R. MACKIEWICZ, being duly sworn, deposes and says as follows:

　　　　1.　　I am a Partner at Steptoe & Johnson LLP, counsel for Defendant Steven E. Rindner in the above captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit my colleague, Jill C. Maguire, as counsel *pro hac vice* to represent Steven Rindner in this matter.

　　　　2.　　I am a member in good standing of the Bar of the State of New York, and was admitted to practice on February 22, 1977. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

　　　　3.　　Jill C. Maguire is an Associate at Steptoe & Johnson LLP in Washington, D.C. Based on my personal knowledge of her, I have found Ms. Maguire to be a skilled attorney, and a person of high integrity and moral character. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and Evidence.

　　　　4.　　Accordingly, I am pleased to move for the admission of Jill C. Maguire *pro hac vice*.

5. I respectfully submit a proposed order granting the admission of Jill C. Maguire *pro hac vice*, which is attached hereto as Exhibit C.

WHEREFORE, it is respectfully requested that the motion to admit Jill C. Maguire *pro hac vice* to represent Defendant Steven E. Rindner in the above captioned matter be granted.

Dated: June 6, 2011
Washington, DC

**City of Washington, District of Columbia**

Edward R. Mackiewicz
SDNY Bar Code: ERM-6469

Subscribed and sworn to before me
This 6 day of June 2011

Notary Public

**JoAnn Wieczorek, Notary Public**



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jill Christine Maguire

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of March, 2007**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **23rd day of May, 2011**.



*Robert D. Mayberger*
Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

JILL MAGUIRE

was on the 7TH day of NOVEMBER, 2008 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 23, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>JOHN MICHAEL KELLY, STEVEN E. RINDNER, JOSEPH A. RIPP, and MARK WOVSANIKER<br>Defendants. | No. 08 cv 4612 (CM)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon the motion of Edward R. Mackiewicz, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's name:    Jill Christine Maguire

    Firm Name:    Steptoe & Johnson LLP

    Address:    1330 Connecticut Avenue, N.W.

    City/State/Zip:    Washington, DC 20036

    Telephone Number:    (202) 429-8181

    Fax Number:    (202) 429-3902

    Email address:    jmaguire@steptoe.com

is admitted to practice *pro hac vice* as counsel for Defendant Steven E. Rindner in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2011

New York, New York

                                                                                 _____
                                                                                       Hon. Colleen McMahon
                                                                                       United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to admit Jill C. Maguire *pro hac vice* was served this 6th day of June, 2011, by first class mail, upon the following:

*Attorneys for Plaintiff:*

John D. Worland
John J. Bowers
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549

*Attorneys for Mark Wovsaniker:*

Stephen G. Topetzes
Erin A. Koeppel
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006

*Attorneys for John Michael Kelly:*

Jonathan Tuttle
Ada Fernandez Johnson
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Suite 1100E
Washington, D.C. 20004

Jill C. Maguire
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
Phone: 202-429-8181
Fax: 202-429-3902