UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/11
```

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,

v.

JOHN MICHAEL KELLY, STEVEN E.
RINDNER, JOSEPH A. RIPP, and
MARK WOVSANIKER

        Defendants.

No. 08 cv 4612 (CM)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Edward R. Mackiewicz, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's name: | Jill Christine Maguire |
| Firm Name: | Steptoe & Johnson LLP |
| Address: | 1330 Connecticut Avenue, N.W. |
| City/State/Zip: | Washington, DC 20036 |
| Telephone Number: | (202) 429-8181 |
| Fax Number: | (202) 429-3902 |
| Email address: | jmaguire@steptoe.com |

is admitted to practice *pro hac vice* as counsel for Defendant Steven E. Rindner in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____June 8_____, 2011

New York, New York

_____
Hon. Colleen McMahon
United States District Judge