# DEBEVOISE & PLIMPTON LLP

555 13th Street, N.W.
Washington, D.C. 20004
Tel 202 383 8000
Fax 202 383 8118
www.debevoise.com

June 22, 2011



The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 14C
New York, New York 10007

**MEMO ENDORSED**

*SEC v. Kelly, et al.*, No. 1:08-cv-4612 (CM)

6/23/2011 OK — but I will not allow any further extension on this 3 year old case! [handwritten judge's note]

Dear Judge McMahon:

Defendant J. Michael Kelly submits this letter, with the consent of all parties, to advise the Court that the Securities and Exchange Commission ("SEC") Division of Enforcement and Mr. Kelly have reached an agreement in principle to resolve the above-referenced matter. The settlement is subject to the review and approval of the five Commission members.

In light of these developments, Mr. Kelly respectfully requests an extension, up to and including August 15, 2011, for the parties' submission of the joint pre-trial order, which is currently due on July 1. Such an extension would allow time for the Commission to decide whether to approve the proposed settlement. In addition, settlement between the SEC and Mr. Kelly likely will substantively impact the pre-trial order and an extension of time will allow the SEC and the remaining defendants to modify the draft pre-trial order accordingly. Similarly, in the event the settlement is not approved by the Commission members, an extension up to and including August 15 will provide Mr. Kelly an opportunity to participate in the finalization of the joint pre-trial order.

Respectfully submitted,

Bruce E. Yannett /aj

Bruce E. Yannett

cc:   John D. Worland, Esq.
      John Bowers, Esq.
      U.S. Securities and Exchange Commission

      Stephen G. Topetzes, Esq.
      K&L Gates LLP

      Patrick Linehan, Esq.
      Steptoe & Johnson LLP

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/11
```

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai

# DEBEVOISE & PLIMPTON LLP

555 13th Street N.W.
Washington, D.C. 20004
Tel  202 383 8000
Fax  202 383 8118
www.debevoise.com

| | |
|---|---|
| Date | June 22, 2011 |
| To | U.S. District Court for the Southern District of New York |
| Attn | The Hon. Colleen McMahon |
| Fax | 212-805-6326 |
| Tel | |
| From | Ada Fernandez Johnson |
| Tel | (202) 383-8036 |

## Facsimile

pages including cover page

**For assistance or confirmation please call 202 383-8000**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.