Roger E. Warin (admitted *pro hac vice*)
Reid Weingarten (admitted *pro hac vice*)
Patrick F. Linehan (admitted *pro hac vice*)
Robert Moore (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

*Attorneys for Defendant*
*Steven E. Rindner*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> JOHN MICHAEL KELLY, STEVEN E. : <br> RINDNER, JOSEPH A. RIPP, and : <br> MARK WOVSANIKER, : <br> : <br> Defendants. : | No. 08 Civ. 4612 (CM) <br> ECF Case |

**DECLARATION OF PATRICK F. LINEHAN IN SUPPORT OF DEFENDANT STEVEN**
**E. RINDNER'S MOTION FOR JUDGMENT ON THE PLEADINGS,**
**OR ALTERNATIVELY FOR PARTIAL RECONSIDERATION OF THE**
<u>**COURT'S JANUARY 7, 2011 ORDER DENYING SUMMARY JUDGMENT**</u>

I, Patrick F. Linehan, declare and say as follows:

1. I am a member of the bars of the District of Columbia and the State of New York and am admitted *pro hac vice* in the above-captioned case. I am associated with the law firm of Steptoe & Johnson, LLP, attorneys for Defendant Steven E. Rindner in this action. I submit this declaration to present to the Court the following Exhibits in support of Mr. Rindner's

Motion for Judgment on the Pleadings, or Alternatively for Partial Reconsideration of the Court's January 7, 2011 Order Denying Summary Judgment.

2.  Attached as Exhibit A to this declaration is a true and correct copy of the opinion of the United States Supreme Court delivered in *Janus Capital Group, Inc. v. First Derivative Traders*, reported at 131 S. Ct. 2296 (2011).

3.  Attached as Exhibit B to this declaration is a true and correct copy of *SEC v. Daifotis*, No. CV-11-0137 WHA, Plaintiff's Memorandum in Opposition to Defendant Daifotis's Motion for Reconsideration of Certain Portions of the Court's June 6, 2011 Order Denying His Motion to Dismiss (N.D. Cal. July 6, 2011).

I certify, under penalty of perjury, that the foregoing statements made by me are true.

Executed on July 11, 2011

/s/ Patrick F. Linehan
Patrick F. Linehan

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I caused a true and correct copy of the foregoing Declaration of Patrick F. Linehan in Support of Defendant Steven E. Rindner's Motion for Judgment on the Pleadings, or Alternatively for Partial Reconsideration of the Court's January 7, 2011 Order Denying Summary Judgment, and all exhibits attached thereto, to be served via the Court's ECF filing system, upon the following counsel:

Richard Hong
John J. Bowers
John D. Worland, Jr.
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
*Attorneys for Plaintiff*

Bruce E. Yannett
Andrew J. Ceresney
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

Jonathan Tuttle
Ada Fernandez Johnson
DEBEVOISE & PLIMPTON LLP
555 13th Street, NW
Suite 1100E
Washington, DC 20004
*Attorneys for John Michael Kelly*

Stephen G. Topetzes
Glenn R. Reichardt
Erin Ardale Koeppel
Bethany M. Nikfar
K & L GATES LLP
1601 K Street, NW
Washington, DC 20006
*Attorneys for Mark Wovsaniker*

      /s/ Patrick F. Linehan
        Patrick F. Linehan