Andrew L. Morrison (AM-1071)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Phone: 212-536-3900
Fax: 212-536-3901
Email: andrew.morrison@klgates.com
*Attorneys for Defendant Mark Wovsaniker*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
                                                                  :
SECURITIES & EXCHANGE COMMISSION,                                 :    Case No. 08-civ-04612 (CM)
                                                                       (ECF case)
                        Plaintiff,                                :
                                                                  :
            v.                                                    :    **MOTION TO ADMIT**
                                                                       **<u>COUNSEL *PRO HAC VICE*</u>**
JOHN MICHAEL KELLY, STEVEN E.                                     :
RINDNER, JOSEPH A. RIPP, and MARK
WOVSANIKER,                                                       :

                        Defendants.                               :
                                                                  :
                                                                  :
------------------------------------------------------------------ X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern District of New York, I, Andrew L. Morrison, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Theodore L. Kornobis |
| Firm Name: | K&L Gates LLP |
| Address: | 1601 K. Street, N.W. |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone: | (202) 778-9000 |
| Fax: | (202) 778-9100 |
| Email Address: | ted.kornobis@klgates.com |

NY-#582605-v1

Theodore L. Kornobis is a member in good standing of the Bar of the State of New York and the Bar of the District of Columbia. There are no pending disciplinary proceedings against Theodore L. Kornobis in any State or Federal court.

Dated:   New York, New York
         July 19, 2011

                                              Respectfully submitted,

                                              K&L GATES LLP

                                              By: _____
                                                  Andrew L. Morrison
                                                  SDNY Bar Code:  AM-1071
                                              599 Lexington Avenue
                                              New York, NY 10022-6030
                                              Tel.:   (212) 536-3941
                                              Fax:    (212) 536-3901

Andrew L. Morrison (AM-1071)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Phone: 212-536-3900
Fax: 212-536-3901
Email: andrew.morrison@klgates.com
*Attorneys for Defendant Mark Wovsaniker*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
                                                                   :
SECURITIES & EXCHANGE COMMISSION,                                  :   Case No. 08-civ-04612 (CM)
                                                                       (ECF case)
               Plaintiff,                                          :
                                                                   :   **AFFIDAVIT OF ANDREW L.**
               v.                                                   :   **MORRISON IN SUPPORT OF**
                                                                       **MOTION TO ADMIT COUNSEL**
JOHN MICHAEL KELLY, STEVEN E.                                      :   ***PRO HAC VICE***
RINDNER, JOSEPH A. RIPP, and MARK
WOVSANIKER,                                                        :

               Defendants.                                         :
                                                                   :
------------------------------------------------------------------ X

STATE OF NEW YORK     )
                      ) ss.
COUNTY OF NEW YORK    )

       ANDREW L. MORRISON, being duly sworn, deposes and says:

       1.    I am a member in good standing of the bar of this court, and of K&L Gates LLP, counsel for Defendant Mark Wovsaniker in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the instant motion to admit Theodore L. Kornobis as counsel *pro hac vice* to represent Defendant Mark Wovsaniker in this action.

2.  I was admitted to practice law in January of 1988 and was admitted to the bar of this Court in March of 1988. I am also admitted to the bar of the United States District Court for the Eastern and Northern Districts of New York.

3.  Mr. Kornobis is an Associate at K&L Gates LLP in Washington, D.C. He started with the firm on January 4, 2010. I joined the firm as a member in September 2007.

4.  I know Mr. Kornobis to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.  Accordingly, I am pleased to move for the admission of Mr. Kornobis, *pro hac vice*.

6.  In support of this motion, I submit the Certificates of Good Standing for Theodore L. Kornobis from the District of Columbia and the Supreme Court of the State of New York, Appellate Division, Third Department, which are attached hereto as Exhibit A.

7.  I respectfully submit a proposed order granting the admission of Theodore L. Kornobis, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Theodore L. Kornobis, *pro hac vice* to represent the Defendant Mark Wovsaniker in this action be granted.

_____
Andrew L. Morrison

Subscribed and sworn to before me
this ___ day of July 2011

_____
Notary Public

DEBORAH JEAN CERIA MEYERS
Notary Public, State of New York
No. 31-4831744
Qualified in New York County
Commission Expires September 30, 20__

# Exhibit A

Case 1:08-cv-04612-CM -GWG   Document 293   Filed 07/19/11   Page 5 of 12



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

THEODORE KORNOBIS

was on the 4TH day of OCTOBER, 2010 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 7, 2011.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
> Deputy Clerk



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Theodore Lawrence Kornobis

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **18th day of February, 2010**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 5th day of July, 2011.



Robert D. Mayberger
Clerk

# Exhibit B

Andrew L. Morrison (AM-1071)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Phone: 212-536-3900
Fax: 212-536-3901
Email: andrew.morrison@klgates.com
*Attorneys for Defendant Mark Wovsaniker*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
SECURITIES & EXCHANGE COMMISSION,   :   Case No. 08-civ-04612 (CM)
               Plaintiff,       (ECF case)
:
     v.   :   **ORDER FOR ADMISSION**
                                             *PRO HAC VICE*
JOHN MICHAEL KELLY, STEVEN E.   :
RINDNER, JOSEPH A. RIPP, and MARK
WOVSANIKER,   :

               Defendants.   :
:
-------------------------------------------------------------X

Upon the motion of Andrew L. Morrison, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Theodore L. Kornobis |
| Firm Name: | K&L Gates LLP |
| Address: | 1601 K. Street, N.W. |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone: | (202) 778-9000 |
| Fax: | (202) 778-9100 |
| Email Address: | ted.kornobis@klgates.com |

is admitted to practice pro hac vice as counsel for Defendant Mark Wovsaniker in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   New York, New York
        July ___, 2011

 

_____
U.S. District Judge

Andrew L. Morrison (AM-1071)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Phone: 212-536-3900
Fax: 212-536-3901
Email: andrew.morrison@klgates.com
*Attorneys for Defendant Mark Wovsaniker*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
SECURITIES & EXCHANGE COMMISSION,　　:　　**Case No. 08-civ-04612 (CM)**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(ECF case)**
　　　　　　　　　　　　Plaintiff,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　　　　　　　　　　　　　**CERTIFICATE OF**
　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　**SERVICE**
JOHN MICHAEL KELLY, STEVEN E.
RINDNER, JOSEPH A. RIPP, and MARK　　　:
WOVSANIKER,
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------------ X

　　　　I, Andrew L. Morrison, hereby certify that on July 19, 2011, I caused a true and correct copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* to be served by first class mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Richard Hong | Bruce E. Yannett |
| Scott W. Friestad | Andrew J. Ceresney |
| David Frolich | DEBEVOISE & PLIMPTON LLP |
| Melissa A. Robertson | 919 Third Avenue |
| Jeffrey B. Finnell | New York, NY 10022 |
| Thomas D. Manganello | |
| Richard E. Simpson | Ada Fernandez Johnson |
| U.S. SECURITIES AND EXCHANGE | DEBEVOISE & PLIMPTON LLP |
| COMMISSION | 555 13th Street, N.W. |
| 100 F Street, N.E. | Suite 1100E |
| Washington, D.C. 20549 | Washington, D.C. 20004 |

| | |
|---|---|
| Mark Hulkower<br>Jonathan Drimmer<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>*Attorneys for Steven E. Rindner* | Gregory G. Little<br>Bonnie K. Arthur<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, NY 10166-0091<br>*Attorneys for Joseph A. Ripp*<br><br>_____<br>Andrew L. Morrison |