Andrew L. Morrison (AM-1071)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Phone: 212-536-3900
Fax: 212-536-3901
Email: andrew.morrison@klgates.com
*Attorneys for Defendant Mark Wovsaniker*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
                                                                   :
SECURITIES & EXCHANGE COMMISSION,                                  :
                                                                   :   Case No. 08-civ-04612 (CM)
                                    Plaintiff,                     :   (ECF case)
                                                                   :
            v.                                                     :   **ORDER FOR ADMISSION**
                                                                   :   ***PRO HAC VICE***
JOHN MICHAEL KELLY, STEVEN E.                                      :
RINDNER, JOSEPH A. RIPP, and MARK                                  :
WOVSANIKER,                                                        :
                                                                   :
                                    Defendants.                    :
                                                                   :
                                                                   :
------------------------------------------------------------------ X

Upon the motion of Andrew L. Morrison, and said sponsor attorney's affidavit in

support;

**IT IS HEREBY ORDERED** that

|   |   |
|---|---|
| Applicant's Name: | Theodore L. Kornobis |
| Firm Name: | K&L Gates LLP |
| Address: | 1601 K. Street, N.W. |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone: | (202) 778-9065 |
| Fax: | (202) 778-9100 |
| Email Address: | ted.kornobis@klgates.com |

is admitted to practice pro hac vice as counsel for Defendant Mark Wovsaniker in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   New York, New York
         July 20, 2011

_____
U.S. District Judge