FILED ELECTRONICALLY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION      :

        Plaintiff,      :

        - vs -      :      **08 Civil Action No: 4612 (CM)**
                                                                           **ECF Case**

MARK WOVSANIKER      :

        Defendant.      :

-------------------------------------------------------------------- X

(USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 4/23/13)

## STIPULATION OF DISMISSAL BY PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereto, by and through their undersigned counsel, hereby STIPULATE and AGREE that all claims of Plaintiff Securities and Exchange Commission against Defendant Mark Wovsaniker are dismissed in their entirety with prejudice and with each party bearing its own costs and fees.

Dated: April 22, 2013

*John D. Worland Jr.*

John D. Worland, Jr. (JW-1962)
John J. Bowers
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20529-4010
Tel: (202) 551-4438
Fax: (202) 772-9245
worlandj@sec.gov

*Counsel for Plaintiff*

*Stephen G. Topetzes*

Stephen G. Topetzes (ST-4145) *(pro hac vice)*
Glenn R. Reichardt (GR-2394) *(pro hac vice)*
Erin Ardale Koeppel (EK-3460) *(pro hac vice)*
Theodore L. Kornobis (TK-7046) *(pro hac vice)*
Allison C. Frisbee (AF-8491) *(pro hac vice)*
K&L GATES LLP
1601 K Street NW
Washington, DC 20006
Tel: (202) 778-9000
Fax: (202) 778-94100
stephen.topetzes@klgates.com

*Counsel for Defendant Mark Wovsaniker*

**SO ORDERED:**

_____
U.S.D.J.

4/23/2013

2